AO 442 (Rev. 10/03) Warrant for Arrest

# United States District Court

DISTRICT OF Kansas

FILED
U.S. DISTRICT ... OF KANSAS
9 MAR -5 PM 2: 14
CLERK

UNITED STATES OF AMERICA

V.

LAMONTE EPHRIAM

**WARRANT FOR ARREST**
BY_____DEPUTY

CASE NUMBER: 08-20111-02 KHV/DJW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest LAMONTE EPHRIAM
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her  (brief description of offense)

Aiding and abetting possession with intent to distribute >5 grams cocaine within 1,000 feet of a public elementary school

in violation of  18  United States Code, Section(s)  2

Timothy M. O'Brien

Name of Issuing Officer

Clerk of Court

Title of Issuing Officer

_Mike Mast_
Signature of Issuing Officer

9-12-08  KC
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |

| DATE RECEIVED 9/12/08 | NAME AND TITLE OF ARRESTING OFFIi | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3/3/09 | Sean P. Franklin  USM |  |