*(Revised 5/93)*          CLERK'S COURTROOM MINUTE SHEET - CRIMINAL

PRETRIAL PROCEEDINGS

CASE NO. **08-20111-02-KHV**

| CAPTION: | APPEARANCES: |
|---|---|
| **UNITED STATES OF AMERICA** | Trent M. Krug |
| vs. | |
| **LAMONTE EPHRIAM** | Jacquelyn E. Rokusek |
| | ( ) Retained ( X ) Appointed |

Judge: KATHRYN H. VRATIL        Kansas City: X
Clerk: Linda South        Topeka:
Reporter: Teri Hallberg        Wichita:

Date: **April 30, 2009**        PROCEEDINGS

( ) Arraignment & Plea    ( ) Waiver of Indictment    ( ) Felony
( ) Change of Plea    (X) Appearance    ( ) Misdemeanor

( ) Interpreter ( )Appointed ( )Sworn   Name:
( ) Constitutional Rights Explained
( ) Declines to Waive Indictment    ( ) Will be Presented to Next Grand Jury
( ) Signed Waiver of Indictment    ( ) Information Filed:
( ) Signed Consent to Transfer (Rule 20)
( ) Petition to Enter Plea Filed    (X) Plea Agreement Attached (For Details See Petition)
( ) Waived Reading of:    ( ) Indictment ( ) Number of Counts
       ( ) Information ( ) Read to Defendant
( ) Previous Plea: ( ) Guilty ( ) Not Guilty    Counts:    Withdrawn
( ) Guilty    Counts:    Accepted
( ) Not Guilty    Counts:

( ) Judgment Deferred ( ) P.S.I. Ordered    ( ) Sentencing Set For:
( ) Set for Trial:
( ) Bail $    ( ) Continued on Present Bail    (X) Remanded to Custody
( ) Pretrial Motions to be Filed by:
( ) Counts:    ( ) To be Dismissed on Motion of the U.S. at Sentencing

Oral motion of defendant to continue change of plea - Granted to May 13, 2009 at 2:00 p.m.