*(Revised 5/93)*   CLERK'S COURTROOM MINUTE SHEET - CRIMINAL

PRETRIAL PROCEEDINGS

CASE NO. **08-20111-02-KHV**

| CAPTION: | APPEARANCES: |
|---|---|
| **UNITED STATES OF AMERICA** | Trent M. Krug |
| vs. | |
| **LAMONTE EPHRIAM** | Jacquelyn E. Rokusek |
| | ( ) Retained ( X ) Appointed |

Judge: KATHRYN H. VRATIL   Kansas City: X
Clerk: Linda South   Topeka:
Reporter: Teri Hallberg   Wichita:

Date: **May 13, 2009**   PROCEEDINGS

( ) Arraignment & Plea    ( ) Waiver of Indictment    ( ) Felony
( ) Change of Plea    (X) Appearance    ( ) Misdemeanor

( ) Interpreter ( )Appointed ( )Sworn  Name:
( ) Constitutional Rights Explained
( ) Declines to Waive Indictment    ( ) Will be Presented to Next Grand Jury
( ) Signed Waiver of Indictment    ( ) Information Filed:
( ) Signed Consent to Transfer (Rule 20)
( ) Petition to Enter Plea Filed    (X) Plea Agreement Attached (For Details See Petition)
( ) Waived Reading of:    ( ) Indictment  ( ) Number of Counts
                         ( ) Information  ( ) Read to Defendant
  ( ) Previous Plea:  ( ) Guilty  ( ) Not Guilty    Counts:        Withdrawn
  ( ) Guilty    Counts:        Accepted
  ( ) Not Guilty    Counts:

( ) Judgment Deferred ( ) P.S.I. Ordered    ( ) Sentencing Set For:
( ) Set for Trial:
( ) Bail $    ( ) Continued on Present Bail    (X) Remanded to Custody
( ) Pretrial Motions to be Filed by:
( ) Counts:    ( ) To be Dismissed on Motion of the U.S. at Sentencing

Oral motion of defendant to continue change of plea - Granted to June 9, 2009 at 10:00 a.m. The Court finds that the period of delay resulting from the additional time granted from May 13, 2009 to June 9, 2009 shall be deemed excludable time as provided for in 18 U.S.C. § 3161(h)(1) and (h)(8), in that the ends of justice served by the granting of an extension outweigh the best interest of the public and the defendant in a speedy trial.