IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| UNITED STATES OF AMERICA, | } | |
| --- | --- | --- |
| Plaintiff, | } | |
| v. | } | No.  08-20111-MLB |
| LAMONT EPHRIAM, | } | |
| Defendant. | } | |

## MOTION TO CONTINUE

**COMES NOW** Lamont Ephriam, by and through his attorney, Jacquelyn E. Rokusek, and hereby respectfully moves the court to continue the jury trial scheduled for August 10, 2009.  In support of said motion, the defendant states the following:

1. The defendant has consulted with counsel and is not proceeding to trial.  However, the defendant has indicated that he needs additional time to prepare to enter the plea.  The defendant is consulting outside sources regarding various issues that he wants resolved prior to entering a change of plea.

2. Counsel has another jury trial scheduled the week of August 10, 2009 in Johnson County District Court.  To reschedule said case would cause a hardship on counsel's other client, as well as the other parties involved in that case.  The Johnson County, Kansas District Court case was set prior to Mr. Ephriam's court case.

3. The defendant has been advised of the consequences of waiving his right to a speedy trial under 18 U.S.C. 3161(8)(a).

4. SAUSA Trent Krug does not object to the request for continuance.

WHEREFORE, the defendant respectfully requests a continuance for a change of plea hearing past the August 10, 2009 date.  The defendant contends that, pursuant to 18 U.S.C. 3161(8)(a), the ends of justice served by the granting

of such continuance outweigh the best interest of the public and the defendant in a speedy trial.

> Respectfully submitted,
>
> /s/ Jacquelyn E. Rokusek #16308
> Attorney for Defendant
> 105 East Park Street
> Olathe, Kansas  66061
> (913) 948.9311
> FAX:  948.6681
> E-mail:  rokuseklawoffice@yahoo.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2009, I electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following attorney of record:

SAUSA Trent Krug

> /s/ Jacquelyn E. Rokusek
> Attorney for Defendant