```
                    IN THE UNITED STATES DISTRICT COURT
                         FOR THE DISTRICT OF KANSAS


UNITED STATES OF AMERICA,         }
                                  }
              Plaintiff,           }
                                  }
       v.                          }          No.  08-20111-MLB
                                  }
LAMONT EPHRIAM,                    }
                                  }
              Defendant.           }
```

## MOTION TO WITHDRAW

**COMES NOW** Lamont Ephriam, by and through his attorney, Jacquelyn E. Rokusek, and hereby respectfully moves the court to allow counsel to withdraw as attorney of record.  In support of said motion, the defendant states the following:

1. Counsel met with the defendant on August 17, 2009 at CCA. Communication between the parties has disintegrated to the point that counsel cannot adequately represent the interests of the defendant.

2. The defendant is aware of the upcoming trial date.

WHEREFORE, the defendant respectfully requests an Order allowing counsel to withdraw as attorney of record.

Respectfully submitted,

/s/ Jacquelyn E. Rokusek #16308
Attorney for Defendant
105 East Park Street
Olathe, Kansas  66061
(913) 948.9311
FAX:  948.6681
rokuseklawoffice@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2009, I electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following attorney of record:

SAUSA Trent Krug

/s/ Jacquelyn E. Rokusek
Attorney for Defendant