David H. Moses, #10239
CASE, MOSES, ZIMMERMAN & MARTIN, P.A.
900 Garvey Center, 200 West Douglas
Wichita, Kansas 67202-1321
(316) 303-0100

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
### WICHITA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 08-20111-02-MLB |
| | ) |
| | ) |
| LAMONTE EPHRIAM | ) |
| | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**MOTION FOR CONTINUANCE**

**COMES NOW** the Defendant, Lamonte Ephriam, by and through his attorney, David H. Moses of Case, Moses, Zimmerman and Martin, P.A. and hereby moves this Court for a continuance of the trial scheduled for Tuesday, September 8, 2009 at 9:00 a.m. In support thereof the Defendant, Lamonte Ephriam states as follows:

1. The trial of this matter is set for Tuesday, September 8, 2009, after being transferred from Kansas City to Wichita.

2. Defendant's previously appointed counsel, Jacquelyn Rokusek, was allowed to withdraw and the Order signed by the Court on August 20, 2009.

3. Defendant was appointed new counsel, David H. Moses of Case, Moses, Zimmerman & Martin, P.A. on August 21, 2009.

4. Defendant's counsel's first opportunity to meet with his client to discuss the case, was on August 26, 2009, as the defendant was transferred to the Harvey County Jail on August 25, 2009.

5. Defendant's counsel has not received Defendant's file from previous counsel.

6. Defendant's counsel has not received discovery from the United States.

7. Defendant's counsel requests the Court to reset, not only the trial, but Motions deadline and the Status/Plea Hearing date.

8. Counsel for defendant Ephriam has spoken to the attorney for the United States and has been advised that the United States has no objection to a continuance of this matter. That the proposed continuance would in no way prejudice the government. The period of delay resulting from the extension, if granted, would be excusable time as provided for in 18 U.S.C. Sec. 3161 (h)(8) in that the ends of justice served by granting this continuance would outweigh the best interest of the public and the Defendant in a speedy trial.

9. The failure to grant such a continuance would be likely to result in a miscarriage of justice and failure to grant such a continuance in a case, which taken as a whole, would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due

diligence. *U.S.A. v. Marlo T. Toombs*, No. 08-3278, 2009 U.S. App. LEXIS 17098, (10th Cir.) August 3, 2009.

**WHEREFORE**, counsel for Defendant, Lamonte Ephriam, respectfully requests the Court to enter an order continuing the date for Motions, Status/Plea Hearing and the Jury Trial in this matter, to times to be determined by the Court.

Respectfully submitted

CASE, MOSES, ZIMMERMAN & MARTIN, P.A.

s/David H. Moses
David H. Moses
Bar Number 10239
Attorney For Defendant Lamonte Ephriam
Case, Moses, Zimmerman & Martin, P.A.
900 Garvey Center, 200 West Douglas
Wichita, Kansas 67202
Phone Number: (316) 303-0100
Fax Number: (316) 265-8263
E-mail Address: dmoses@cmzwlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 27th day of August, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Melissa Harrison, Michael L. Harris, Jacquelyn E. Rokusek, and any other attorneys of record for the co-defendant(s) named herein and to the attorney for the United State of America:


Trent M. Krug
Office of United States Attorney
Kansas City
500 State Avenue, Suite 360
Kansas City, KS 66101

                                      s/David H. Moses
                                      David H. Moses
                                      Bar Number 10239