FILED
U.S. District Court
District of Kansas

SEP 02 2009

Clerk, U.S. District Court
By /s/ R. Moody Deputy Clerk  8/24/09

CS-20111-02-MLB

# Civil Complaint For Damages

Comes now, Lamonte Ephriam, a living man who is being injured by the actions inflicted upon him by said attorney (Ms. Jacquelyn E. Rokusek).

Due to Ms. Rokusek's ineffective assistance of counseling, I, Lamonte Ephriam find it difficult to put my trust in any court appointed attorney.

I will enter into evidence the proof of my claims;

(1) I asked Ms. Rokusek to withdraw the "not guilty" plea that was entered on my behalf because I realized that I did not understand the charges brought against me (Lamonte Ephriam, the living man) but do understand I am not the surety for the legal fiction defendant (LAMONTE EPHRIAM) that was actually named in the indictment. Ms. Rokusek refused to withdraw the "not guilty" plea and stated "You can either enter a change of plea "guilty" or proceed to trial. I believe that to be "coercion". See exibit ①.

(2) I asked Ms. Rokusek (4) questions (Exibit 2)... I will address (2) of the (4) questions. First question; I asked Ms. Rokusek, "Is the United States a corporation"? She answered, No. I will enter Exibit ③ which clearly says, "United States means - (A) Federal corporation" Second question; I asked Ms. Rokusek, "Are crimes commercial"? She answered, No, crimes are not commercial. See Exibit ④ which clearly states, "Commercial crimes."

This negative action brought on by Ms. Jacquely E. Rokusek (Attorney at Law) has caused me emotional distress, mental anguish, pain, suffering, etc. So I demand the court to recognize the misconduct, ineffective assistance of counsel, fraudulent concealment, etc. committed by Ms. Rokusek and act accordingly to the law. See Exibit ⑤ Fraudulent concealment.

SHIRLEY A. MOORE
Notary Public - State of Kansas
My Appt. Expires 6/04/2012

Respectfully Submitted,
Lamonte Ephriam
Lamonte Ephriam

Affidavit Attesting                                    8/24/09
Moorish American Citizenship
And Sworn Denial of U.S. Citizenship

I, Lamonte Ephriam a.k.a Lamonte Ephriam El, am competent to handle my own affairs, over the age of 21 and do solemnly make this affidavit with sound mind and voluntary actions.

I, Lamonte Ephriam a.k.a Lamonte Ephriam El, do solemnly swear under the pains and penalties of perjury that I am a Moorish American Citizen and that I have always been a Moorish American Citizen.

I, Lamonte Ephriam a.k.a Lamonte Ephriam El, do solemnly swear under the pains and penalties of perjury that I am not and have never been a citizen of the United States.

I, Lamonte Ephriam a.k.a Lamonte Ephriam El, do solemnly swear under the pains and penalties of perjury that I am not and have never been a citizen of the District of Columbia or any other Federal territory.

I, Lamonte Ephriam a.k.a Lamonte Ephriam El, do solemnly swear under the pains and penalties of perjury that I am an Indigenous, Autonomous Moor, Inhabitant of the United States of America, Kansas, Republic.

The statements made by the herein principal are the truth, the whole truth and nothing but the truth. Any objections to the statements made within this affidavit should be made within 10 business days to the address listed below or Forever hold your peace.

Address to respond
Lamonte Ephriam #1204303I
100 Highway Terrace
66048, Leavenworth, Kansas
State Republic
Non Domestic, Non Federal

SHIRLEY A. MOORE
Notary Public - State of Kansas
My Appt. Expires 6/06/2012

L.S. Lamonte Ephriam-El
Moorish American Citizen

"The Nature and Cause"  8/24/09

The information or indictment must state the nature and cause in plain language that is understood by the accused. Many victims accused of offenses against the State or UNITED STATES have found themselves in prison and all their assets Forfeited "For lack of understanding" of the nature and cause of the accusation.

The Supreme Court has held:

There are no common law offenses against the United States. Only those acts which Congress has forbidden, with penalties for disobedience of its command, are crimes. United States v. Hudson & Goodwin, 11 U.S. (7th Cr.) 32 (1812); United States v. Coolidge, 14 U.S. (1 Wheat.) 415 (1816); United States v. Britton, 108 U.S. 199, 206 (1883); United States v. Eaton, 144 U.S. 677, 687 (1892).

Actions to recover penalties imposed by act of Congress generally but not invariably have been held not to be criminal prosecutions. Oceanic Navigation Co. v. Stranaham, 214 U.S. 320 (1909); Hepner v. United States, 213 U.S. 103 (1909); United States v. Regan, 232 U.S. 37 (1914).

Contempt proceedings, which were at one time not considered to be criminal prosecutions, are no longer within that category. Compare In re Debs, 158 U.S. 564 (1895), with Bloom v. Illinois, 391 U.S. 194 (1968).

If common law crimes against the United States do not exist, what kinds of crime do exist against the United States? Article III, Section 2 provides for four different jurisdictions, law, equity, admiralty, and maritime. By process of elimination, we can automatically rule out law by virtue of the above Supreme Court holdings. Equity is defined as "Justice administered according to fairness as contrasted with the strictly formulated rules of common law. The term equity denotes the spirit and habit of fairness, justness, and right dealing which would regulated the intercourse of men with men. (See Black's 6th). Equity deals with fictions, like corporations... Since it is common knowledge that law and

equity have been combined and are virtually indistinguishable from each other, and that anyone who has witnessed "criminal" proceedings in the courts easily recognizes that these "criminal" or "quasi-criminal" accusations are most usually contrary to the spirit and habit of fairness and justness and right dealing of men with men. Therefore, the cause of action cannot be in equity.

The 6th Amendment makes this "right" to know the nature and cause mandatory. The Supreme Court has held:
The constitutional right to be informed of the nature and cause of the accusation entitles the defendant to insist that the indictment apprise him of the crime charged with such reasonable certainty that he can make his defense and protect himself after judgement against another prosecution on the same charge. United States v. Cruikshank, 92 U.S. 542, 544, 558 (1876); United States v. Simmons, 96 U.S. 360 (1878); Bartell v. United States, 227 U.S. 427 (1913); Burton v. United States, 202 U.S. 344 (1906).

No indictment is sufficient if it does not allege all of the ingredients that constitute the crime. Where the language of a statute is, according to the natural import of the words, fully descriptive of the offense, it is sufficient if the indictment follows the statutory phraseology, but where the elements of the crime have to be ascertained by reference to the common law or to other statutes, it is not sufficient to set forth the offense in the words of the statute. The facts necessary to bring the case within the statutory definition must also be alleged. Potter v. United States, 155 U.S. 438, 444 (1894). United States v. Carll, 105 U.S. 611 (1882).

If an offense cannot be accurately and clearly described without an allegation that the accused is not within an exception contained in the statutes, an indictment which does not contain such allegation is defective. United States v. Cook, 84 U.S. (17 Wall.) 168, 174 (1872).

Despite the omission of obscene particulars, an indictment in general language is good if the unlawful conduct is described so as reasonably to inform the accused of the nature of the charge sought to be established against him. Rosen v. United States, 161 U.S. 29, 40 (1896).

The right to notice of accusation is so fundamental a part of procedural due process that the states are required to observe it. In re Oliver, 333 U.S. 257, 273 (1948); Cole v. Arkansas, 333 U.S. 196, 201 (1948); Rabe v. Washington, 405 U.S. 313 (1972).



Respectfully submitted,
Lamonte Ephriam
Lamonte Ephriam

# Rokusek Law Office

913-948-9311 • c) 913-238-1281 • fax: 948-6681

**Jacquelyn E. Rokusek**
Attorney at Law

105 E. Park Street • Olathe, Kansas 66061
RokusekLawOffice@yahoo.com • www.rokuseklaw.com

June 23, 2009

Mr. Lamont Ephriam
CCA
100 Highway Terrace
Leavenworth, Kansas 66048

Re:   Questions

Dear Lamont,

Please note the enclosed explanation of "positive law" concerning the United States Code. As you can see from the section I highlighted, titles of the United States Code which are not "positive law" are still legal and enforceable. I hope that clears up that issue.

I am not going to mail to you the Model Rules of Professional Conduct as it is quite lengthy. I would send you a specific rule of the MRPC if you need it. The same applies to the Model Code of Judicial Conduct.

You are in the Tenth Circuit, United States District Court for the District of Kansas, Kansas City, Kansas. The code under which you are charged are those listed in your Indictment.

<u>I will not be withdrawing the "not guilty" plea that you entered. You can either enter a change of plea to "guilty" or proceed to trial</u>. The charges do exist (see the case law and definition I sent to you), so we need to deal with them in a realistic, professional and aggressive manner. That being said, I am not going to file frivolous motions. You are not Moorish. The code has been enacted. The law applies to you.

I hope this information is helpful. Please contact my office. I did file the Motion to Continue jury trial as you requested.

Sincerely,

Jacquelyn E. Rokusek
Attorney at Law

EXIBIT ②

# Rokusek Law Office

913-948-9311 • c) 913-238-1281 • fax: 948-6681

## Jacquelyn E. Rokusek
Attorney at Law

105 E. Park Street • Olathe, Kansas 66061
RokusekLawOffice@yahoo.com • www.rokuseklaw.com

July 24, 2009

Mr. Lamonte Ephraim
100 Hwy Terrace
Leavenworth, Kansas 66048

Dear Lamonte,

I will answer the four questions listed in your correspondence dated July 20, 2009.

- "Is the United States a corporation"?
    A: No, the United States is not acting as a corporation in the context you listed. The United States is the Plaintiff and you are the Defendant in this criminal action.

- "Are crimes commercial"?
    A: No, crimes are not commercial.

- "Are we functioning in admiralty court"?
    A: No. We are functioning in criminal court, namely the United States District Court for the District of Kansas.

- "Can I get the Grand Jury minutes"?
    A: It is unlikely you can get the minutes, however I will inquire as to obtaining the Grand Jury minutes. If I am able to get the Grand Jury minutes I will provide them to you at our next meeting.

I understand you are under a great deal of mental anguish and stress, however please understand that the information I provide you is accurate based on my extensive training and experience. It would not be in my best interest to mislead or misinform you. My goal in this case is to get you the best possible disposition and therefore it is my recommendation that you take the plea we previously discussed. I am hopeful you understand my reasoning, however if not then we will proceed to trial. Please be sure to write me with any further questions you may have about your case.

Sincerely,

Jacquelyn E. Rokusek
Attorney at Law

# Text:

As used in this chapter: (1) "Counsel for the United States" means - (A) a United States attorney, an assistant United States attorney designated to act on behalf of the United States attorney, or an attorney with the United States Department of Justice or with a Federal agency who has litigation authority; and (B) any private attorney authorized by contract made in accordance with section 3718 of title 31 to conduct litigation for collection of debts on behalf of the United States. (2) "Court" means any court created by the Congress of the United States, excluding the United States Tax Court. (3) "Debt" means - (A) an amount that is owing to the United States on account of a direct loan, or loan insured or guaranteed, by the United States; or (B) an amount that is owing to the United States on account of a fee, duty, lease, rent, service, sale of real or personal property, overpayment, fine, assessment, penalty, restitution, damages, interest, tax, bail bond forfeiture, reimbursement, recovery of a cost incurred by the United States, or other source of indebtedness to the United States, but that is not owing under the terms of a contract originally entered into by only persons other than the United States; and includes any amount owing to the United States for the benefit of an Indian tribe or individual Indian, but excludes any amount to which the United States is entitled under section 3011(a). (4) "Debtor" means a person who is liable for a debt or against whom there is a claim for a debt. (5) "Disposable earnings" means that part of earnings remaining after all deductions required by law have been withheld. (6) "Earnings" means compensation paid or payable for personal services, whether denominated as wages, salary, commission, bonus, or otherwise, and includes periodic payments pursuant to a pension or retirement program. (7) "Garnishee" means a person (other than the debtor) who has, or is reasonably thought to have, possession, custody, or control of any property in which the debtor has a substantial nonexempt interest, including any obligation due the debtor or to become due the debtor, and against whom a garnishment under section 3104 or 3205 is issued by a court. (8) "Judgment" means a judgment, order, or decree entered in favor of the United States in a court and arising from a civil or criminal proceeding regarding a debt. (9) "Nonexempt disposable earnings" means 25 percent of disposable earnings, subject to section 303 of the Consumer Credit Protection Act. (10) "Person" includes a natural person (including an individual Indian), a corporation, a partnership, an unincorporated association, a trust, or an estate, or any other public or private entity, including a State or local government or an Indian tribe. (11) "Prejudgment remedy" means the remedy of attachment, receivership, garnishment, or sequestration authorized by this chapter to be granted before judgment on the merits of a claim for a debt. (12) "Property" includes any present or future interest, whether legal or equitable, in real, personal (including choses in action), or mixed property, tangible or intangible, vested or contingent, wherever located and however held (including community property and property held in trust (including spendthrift and pension trusts)), but excludes - (A) property held in trust by the United States for the benefit of an Indian tribe or individual Indian; and (B) Indian lands subject to restrictions against alienation imposed by the United States. (13) "Security agreement" means an agreement that creates or provides for a lien. (14) "State" means any of the several States, the District of Columbia, the Commonwealth of Puerto Rico, the Commonwealth of the Northern Marianas, or any territory or possession of the United States. (15) "United States" means - (A) a Federal corporation; (B) an agency, department, commission, board, or other entity of the United States; or (C) an instrumentality of the United States. (16) "United States marshal" means a United States marshal, a deputy marshal, or an official of the United States Marshals Service designated under section 564.

**References In Text**

Section 303 of the Consumer Credit Protection Act, referred to in par. (9), is classified to section 1673 of Title 15, Commerce and Trade.

EXIBIT ④

# Text:

TITLE 27 - ALCOHOL, TOBACCO PRODUCTS AND FIREARMS

CHAPTER I - ALCOHOL AND TOBACCO TAX AND TRADE BUREAU, DEPARTMENT OF THE TREASURY

SUBCHAPTER F - PROCEDURES AND PRACTICES

PART 72 - DISPOSITION OF SEIZED PERSONAL PROPERTY

subpart b - DEFINITIONS

72.11 - Meaning of terms.

As used in this part, unless the context otherwise requires, terms shall have the meanings ascribed in this section. Words in the plural form shall include the singular, and vice versa, and words importing the masculine gender shall include the feminine. The terms includes and including do not exclude things not enumerated which are in the same general class.

ATF Officer. An officer or employee of the Bureau of Alcohol, Tobacco, and Firearms (ATF) duly authorized to perform any function relating to the administration or enforcement of this part.

Appraised value. The value placed upon seized property or carriers by the appraiser or appraisers designated for the purpose of determining whether the property or carriers may be forfeited administratively.

Carrier. A vessel, vehicle, or aircraft seized under 49 U.S.C. Chapter 11 for having been used to transport, carry, or conceal a contraband firearm or contraband cigarettes. Vessels, vehicles, or aircraft seized under other provisions of applicable laws shall be considered personal property.

Commercial crimes. Any of the following types of crimes (Federal or State): Offenses against the revenue laws; burglary; counterfeiting; forgery; kidnapping; larceny; robbery; illegal sale or possession of deadly weapons; prostitution (including soliciting, procuring, pandering, white slaving, keeping house of ill fame, and like offenses); extortion; swindling and confidence games; and attempting to commit, conspiring to commit, or compounding any of the foregoing crimes.

Addiction to narcotic drugs and use of marihuana will be treated as if such were commercial crime.

Contraband cigarettes. Any quantity of cigarettes in excess of 60,000, if: (a) The cigarettes bear no evidence of the payment of applicable State cigarette taxes in the State where the cigarettes are found; (b) The State in which the cigarettes are found requires a stamp, impression, or other indication to be placed on packages or other containers of cigarettes to evidence payment of cigarette taxes; and (c) The cigarettes are in the possession of any person other than any person who is: (1) Holding a permit issued under 26 U.S.C. Chapter 52 as a manufacturer of tobacco products or as an export warehouse proprietor;

# Fraudulent Concealment    8/24/09

I, Lamonte Ephriam, conclude that Ms. Jacquelyn E. Rokusek (Attorney) who was appointed to me by the government has mislead, misinformed, deceived and misrepresented me, which has proved misconduct, ineffective assistance of counsel, Fraudulent Concealment, etc.

A Few of the definitions of Fraudulent concealment provided by the Texas Courts are:

Party having superior knowledge who takes advantage of another's ignorance of the law to deceive him by studied concealment OR misrepresentation can be held responsible for that conduct. Fina Supply, Inc. v. Abilene Nat. Bank, 726 S.W. 2d 537, 1987.

Party in interest may become liable for Fraud by mere silent acquiescence and partaking of benefits of Fraud. Bransom v. Standard Hardware, Inc., 874 S.W. 2d 919, 1994.

When circumstances impose duty to speak and one deliberately remains silent, silence is equivalent to False representation. Fisher Controls International, Inc. v. Gibbons, 911 S.W. 2d 135, 1995.

When a person sustains to another a position of trust and confidence, his failure to disclose facts that he has a duty to disclose is as much a fraud as an actual misrepresentation. Blanton v. Sherman Compress Co., 256 S.W. 2d 884, 1953.



Respectfully submitted,
Lamonte Ephriam

# Criminal Complaint          8/24/09

I, Lamonte Ephriam would like to establish the fact that I am not the surety for the legal fiction defendant. To prevent that, I must not be presented by an attorney as the defendant who appears in person because when an attorney does that they are volunteering me, the living man, offering my personal liability as a surety in place of the legal fiction that was actually named in the indictment. I want the judge to know that, "I am here by special appearance, or restricted appearance, to aquire information as to what it is they want from me, and nothing more, I am not appearing generally, without waiving any rights, remedies or defenses. I am a real party in interest, a living soul who is being injured by this action. I believe we have a conflict over title, and I am here, having settled this case to the complete satisfaction of the plaintiffs, and having made all parties to this action whole."

I realize that the United States is a corporation. See Title 28 U.S.C. 3002, subparagraph 15, "United States" means - (A) a Federal corporation; (B) an agency, department, commission, board, or other entity of the United States; or (C) an instrumentality of the United States.

A corporation does not have any jurisdiction over a living man unless the living man volunteers. How does the living man volunteer? Mom files the application for certificate of live birth. That application starts the ball rolling. The United States Federal corporation issues a legal fiction, a sub-corporation of the United States, with a name that is extremely similar to the name on the application for certificate of live birth. It is that particular element, which some might call deceptive, which leads people, as well as the courtroom system, to the assumption that you are the legal fiction which has a similar name. In 1933 they passed the Social Security Act. What eventually happened was, when mom has a child in a hospital she is given an application for certificate of live birth, and within 17 days of submitting that application it ends up in the Dept. of Commerce, and you are registered as part of the United States liability. That document is used to create a legal fiction stand-in that might be listed as "LAMONTE EPHRIAM" (in uppercase letters) which is not my genuine name, and it is that element, a United States creation, that is indicted and named in all court papers and on a driver license. It is no coincident that there is barely a government computer in this country and around the world, that can write a name in upper and lowercase letters. That is no accident.

When I walk into the courtroom as a living man, the only possible jurisdiction that courtroom can be in to recognize me as a living man is Admiralty/Maritime law venue. That is it. But when an attorney starts spouting about statute, I will be dragged into equity. Admiralty must be established and held, because equity will be there to fill all voids, and believe me, equity will bring anyone down every time.

A case begin in admiralty with the Filing of a liable, or a complaint in some manner, the prosecutor puts his complaint together, or the grand jury returns a true bill. The court sends out a marshal to arrest the vessel. In admiralty, there is no case without the arrest of the vessel. Of course, in a criminal case, which is just another form of civil law, the law of the conqueror, the arrest of the vessel consists of arresting the defendant strawman. Since 1966 when admiralty was combined with equity and law in Rule 1 of the Federal Rules of Civil of Procedure, all courts are functioning in admiralty. It is not an admiralty argument. According to the U.S. Federal corporation's own statutes and rules and regulations, and their judicial rules and regulations it is admiralty court. See 27 CFR 72.11 - crime is commercial.

I don't understand the charges brought against me, but I do understand that the prosecutor is bringing in codes which are not bonded, and all kinds of frivolous things which are not positive law. So I can't make a plea to something that doesn't exist, that would be contempt of court. I have to know that the charges are certified, that they actually exist. In order to be a charge, It has to be read into the record and then certified by the party bringing the charge, under penalty of perjury that the code is bonded.

I demand the other party to produce evidence that I have any kind of liability in the matter. Show that I have a liability to the statute which I am charged with violating. Demonstrate to the court, my signature on a contract, or any affidavit of probable cause by an injured party that I have committed a tort against another party.

I, Lamonte Ephriam, a living man, swear that everything in this criminal complaint is true to the best of my knowledge.



Respectfully submitted,
Lamonte Ephriam
Lamonte Ephriam

# Affidavit

UNITED STATES is a corporation. See Title 28 USC 3002(15)(A)

I, Lamonte Ephriam, do understand that the cause of action cannot be in the common law because a crime in law requires a corpus delecti, that is to say, the body of the crime or an injured party. A corporation cannot be the body of the crime or an injured party because it is artificial, a fiction.

All cases in law, equity, admiralty or maritime, are now classified as "civil action." Civil maritime and admiralty actions require a contract between the plaintiff and defendant for the plaintiff to have standing to sue. For the plaintiff to have standing and for the court to have jurisdiction of the subject matter, there must be in existence a bona fide contract binding the accused into the criminal maritime jurisdiction. I have not signed any contract or other obligation that binds me to the maritime or admiralty jurisdiction. I did not convey any interest, right or myself to the United States or any state.

Subject matter jurisdiction cannot be waived by parties, conferred by consent, or ignored by court. Babcock and Wilson v. Parsons Corp., 430 F.2d 531 (1970).

Subject matter jurisdiction may not be waived and courts may raise the issue sua sponte" FRCP, Rule 12(h)

Judgement of court lacking jurisdiction is void. Burnham v. Superior Court of California, County of Marin, 110 S.Ct. 2105 (1990).

Admiralty and maritime jurisdictions were merged with the law and equity jurisdictions in 1966 (See: Federal Rules of Civil Procedure, notes to Supplementary Rules For Certain Admiralty and Maritime Claims). All four causes of action (or natures of the cause) which were once separate and distinct are now rolled into one set of rules and indistinguishable from one another in our modern courts. Federal Rules of Civil Procedure, (FRCP) Rule 1 provides that: "These rules govern the procedure in the United States district courts in all suits of a

civil nature whether cognizable as cases at law or in equity or in admiralty with the exceptions stated in rule 81. Rule 2 provides that: "There shall be one form of action to be known "civil action." FRCP Rule 9(h) provides in part: "If the claim is cognizable only in admiralty, it is an admiralty or maritime claim for those purposes whether so identified or not." FRCP Rule 38(e) provides that: "These rules shall not be construed to create a right to a trial by jury of the issues in an admiralty or maritime claim within the meaning of rule 9(h).

## Presumptions

(1) Is it presumed that my body is a vessel under 18 U.S.C. 7(1)

(2) Is it presumed that the United States acquired the land where the United States is exercising it's special maritime and territorial jurisdiction; was conveyed to the United States by the Legislature of Kansas, and if so, where is the enactment by the Kansas legislature that conveyed the land as mandated by Article IV, Section 3?

(3) Is it presumed that Kansas did not enter the union of the several states on equal footing with all the others according to the equal Footing doctrine and is not a state, but remains a territory?

(4) Is it a presumption that the Social Security insurance contract has bound the defendant into the "special maritime jurisdiction"?

(5) Is it presumed that the defendant was engaged in interstate commerce?

## Subject Matter Jurisdiction

"Once jurisdiction is challenged, the court cannot proceed when it clearly appears that the court lacks jurisdiction, the court has no authority to reach merits, but rather should dismiss the action." Melo v. U.S. 505 F 2d 1026

"There is no discretion to ignore lack of jurisdiction." Joyce v. U.S. 474 2d 215

"Court must prove on the record, all jurisdiction facts related to the jurisdiction asserted." Latana v. Hopper, 102 F.2d 188; Chicago v. New York 37 F Supp. 150

"The law provides that once state and Federal Jurisdiction has been challenged, it must be proven." 100 S. Ct. 2502 (1980)

"Jurisdiction can be challenged at any time." Basso v. Utah Power and Light Co. 495 F 2d 906, 910

"Once challenged, juridiction cannot be assumed, it must be proved to exist." Stuck v. Medical Examiners 94 Ca 2d 751. 211 P2d 389

Though not specifically alleged, defendant's challenge to subject matter jurisdiction implicitly raised claim that default judgement against him was void and relief should be granted under Rule 60(b)(4). Honneus v. Donovan, 93 F.R.D. 433, 436-37 (1982), aff'd, 691 F.2d 1 (1st Cir. 1982)

Kocher v. Dow Chem. Co., 132 F.3d 1225, 1230-31 (8th Cir. 1997) (as long as there is an "arguable basis" for subject matter jurisdiction a judgement is not void)

[Notary stamp: SHIRLEY A. MOORE, Notary Public - State of Kansas, My Appt. Expires 6/06/2012]

Respectfully Submitted,
*Lamonte Ephriam*
Lamonte Ephriam

# Cover Letter       8/24/09

I, Lamonte Ephriam a.k.a Lamonte Ephriam-El, a Moorish American Citizen and living man am submitting into evidence an affidavit attesting Moorish American Citizenship and sworn denial of U.S. citizenship, a criminal complaint and affidavit with exibits, ~~an article of the proof of claim pages twelth~~

I, Lamonte Ephriam a.k.a Lamonte Ephriam-El am sending this certified mail and expect a response within 10 business days.

I, Lamonte Ephriam a.k.a Lamonte Ephriam-El am sending this certified mail to the U.S. Court Clerk, 500 State Ave., Kansas City, Kansas 66101. Please File immediately! Thank You very much.

*[Notary stamp: SHIRLEY A. MOORE, Notary Public - State of Kansas, My Appt. Expires 6/04/2012]*

Respectfully submitted,
Lamonte Ephriam-El
Moorish American Citizen

Address to respond
Lamonte Ephriam #12043031
100 Highway Terrace
66048, Leavenworth, Kansas
STate republic
Non Domestic, Non Federal