UNITED STATES DISTRICT COURT, )
                              )
                Plaintiff,    )   **CRIMINAL ACTION**
                              )
v.                            )   No.  08-20111-02
                              )
LAMONTE EPHRIAM,              )
                              )
                Defendant.    )
_____)

## MEMORANDUM AND ORDER

On November 2, 2009 the court heard the motion to withdraw of David H. Moses, appointed counsel for defendant (Doc. 56). For the following reasons, counsel's motion is denied.

Defendant is charged in an indictment filed September 11, 2008 with a violation of 21 U.S.C. § 860(a) and 2 (Doc. 1). Defendant was arrested on March 3, 2009 and counsel was appointed (Docs. 17-20 and 22). At that time, the case was pending in Kansas City. Thereafter, a change of plea hearing was set for April 30 but was continued at the request of defendant to May 13 and then to June 9 (Docs. 33, 38, 39 and 40). On June 9, the case was set for trial on June 15, but on June 10, defendant sought and ultimately received a continuance of his trial until August 10 (Docs. 41-43). Then, on June 19, the case was reassigned to the undersigned judge who, at defendant's request, continued the case until September 8 (Docs. 44-46).

When the undersigned received the court file from Kansas City, it contained a letter dated June 22 to Chief Judge Vratil which stated:

I, Lamonte Ephriam intend to plead guilty just as soon as

the charges are read into the record and certified. I need the prosecutor to show that I have a liability to the statute which I am charged with violating. Produce the evidence of liability. Demonstrate to the court, my signature on a contract, or any affidavit of probable cause by an injured party that I have committed a tort against another party. If the prosecutor won't certify the charges, I can't plead, because for me to plead something that doesn't exist, that would be contempt of court. I wouldn't want to be in contempt of court for pleading to something that doesn't exist. I, Lamonte Ephriam don't understand any of the charges.

The letter was forwarded to counsel by this court on June 30 (Doc. 47).

On August 21, the court granted the motion to withdraw of defendant's originally-appointed counsel, Jacquelyn E. Rokusek (Doc. 50). David Moses, one of this court's most experienced CJA attorneys, was appointed in Ms. Rokusek's stead (Doc. 51). Mr. Moses moved for a continuance so that he could become acquainted with the file and the court granted the motion, setting a status conference/motion hearing for September 21 (Doc. 53). A status conference was held on September 21. Defendant appeared with Mr. Moses at the conference. The transcript of the hearing reflects what occurred but, in substance, defendant was taking the position with Mr. Moses that this court does not have jurisdiction to try him because, among other things, he is a citizen of the Moorish Republic Nation. Mr. Moses provided the court with documents purporting to show defendant's status as a Moorish citizen (Exhibit 1). Mr. Moses related his various unsuccessful attempts to contact defendant's prior appointed counsel as well as representatives of the Moorish Republic Nation. Although it was apparent both to Mr. Moses and to the court that defendant's Moorish citizenship arguments were specious, at best, the court

-2-

granted defendant's motion for continuance until October 21 (Doc. 55).

While being detained in the Sedgwick County jail, defendant sent two inmate request forms to the sheriff. The first form, dated September 17, stated "Due to my diplomatic and sovereign status I'm being held unlawfully against my will so I need to talk to you immediately and I will provide my proof. Thanking you in advance!" (Exhibit 2). The second, dated October 4, stated: "Don't bother calling me out for court (Monday) October 5, because I am not a corporate fiction and I do not belong in the courts of the corporate fictions. I'm being held unlawfully and against my will which is kidnapping. Get the F.B.I. up here!" (Exhibit 3).

Mr. Moses filed a motion to withdraw on October 22 (Doc. 56) stating that defendant had requested him to withdraw to allow defendant to proceed pro se so that he could pursue his procedural claims. Mr. Moses also stated that he was ethically unable to advance those claims. The court heard the motion on November 2 at which time defendant provided the court with additional pro se submissions purporting to support his contention that this court lacks jurisdiction (Exhibit 4).

The court initially was under the impression that defendant wished to proceed pro se and, as reflected in the transcript of the hearing, started to question defendant directly in order to satisfy the prolix requirements for insuring that a defendant is making a knowing and voluntary choice to represent himself. See, e.g., United States v. Mackovich, 209 F.3d 1227 (10th Cir. 2000). During the hearing, it became obvious from defendant's statements that in the event the court rejected his jurisdictional claims and ordered that

the case proceed to trial, defendant did not want to proceed pro se at the trial. This presented a somewhat different procedural picture than this court has encountered in other cases involving defendants who wanted to represent themselves. The court took the matter under advisement, informed defendant that the court would consider his pro se positions and that if the positions were rejected, the case would remain on the trial docket for December 15. The court also granted Mr. Moses' request that he be permitted to file pretrial motions.

The court has considered defendant's pro se submissions and his statements at the hearings with respect to his Moorish citizenship. The court finds that defendant has admitted that he is a citizen of the United States and further finds that his claims of Moorish citizenship do not deprive this court of subject matter jurisdiction. In United States v. Burris, No. 06-4874, 2007 WL 1891874 (4th Cir. July 2, 2007), the court rejected a similar claim in connection with an Anders brief:

Counsel first notes that Burris "only wanted to argue that the court lacked jurisdiction because of his status as a Moorish American National." This claim is patently frivolous. Federal district courts retain original jurisdiction over offenses against the laws of the United States. 18 U.S.C. § 3231 (2000).

Judge Crow of this court encountered and rejected a similar claim in Cheatham-Bey v. United States Department of Justice, No. 08-3148, 2008 WL 4951034 (D. Kan. Nov. 18, 2008).

The court finds that defendant's arguments and submissions that this court lacks subject matter jurisdiction are completely lacking in legal merit and concludes that it has jurisdiction to try defendant on the charges contained in the indictment. Accordingly, Mr. Moses'

-4-

motion to withdraw is overruled and this case will proceed to trial or other disposition on the timetable previously established.

IT IS SO ORDERED.

Dated this __4th__ day of November 2009, at Wichita, Kansas.

Monti L. Belot
UNITED STATES DISTRICT JUDGE

# INSTRUCTIONS FOR NATIONALITY DOCUMENTS

**Step 1:** Make sure you review all of your documents to check for human errors.

**Step 2:** Once you have reviewed all of your documents be sure to sign each document where your signature is required. this should be done in front of a Notary.

**Step 3:** Once all of your documents are signed and notarized you will begin the process of placing different agencies on notice of your status.

**Step 4:** Make sure you make at least 10-15 copies of each set of documents, because you will be sending them to several agencies. You keep the originals. The agencies you will be sending them to will be:

## Office of Policy and Public Affairs
CA/P, Room 4800
Bureau of Consular Affairs
U.S. Department of State
Washington, D.C. 20520

## U.S. Department of Justice
ATT: Eric H. Holder Jr.
U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

## U.S Department of the Treasury
ATT: Timothy Geithner
U.S Secretary of the Treasury
1500 Pennsylvania Avenue, NW
Washington D.C., 20220

## U.S. Department of Commerce
ATT: Gary Locke
U.S Secretary of Commerce
1401 Constitution Ave., NW
Washington, DC 20230

## US Department of Transportation
ATT: Ray LaHood
U.S Secretary of Transportation
1200 New Jersey Ave, SE
Washington, DC 20590

EXHIBIT 1

**U.S. Department of State**
ATT: Hillary Clinton
U.S Secretary of State
2201 C Street NW
Washington, DC 20520

**United Nations**
ATT: General Ban Ki-Moon
Secretary of the United Nations
First Avenue at 46th Street
New York, NY 10017 USA

These are the main agencies that you will be sending your documents to. Remember there is no limit to what agencies you choose to place on notice. For example your Local Sheriffs, State Troopers, Courts, etc.

Also remember to make copies and send them, you will keep the originals. If you decide to register your documents at the county or state, just contact us and will send you your unsigned copies for you to get notarized and then you can register your documents at the County and State.

**If you have questions please contact us at 248-247-4493**

# MOORISH REPUBLIC NATION
## AUTONOMOUS



## MOORISH AMERICAN CITIZENSHIP

### MRN REGISTRATION NUMBER
( 89009-07770004-A )

### CITIZENSHIP NUMBER
( 11-00984443-09 )

Lamonte El Bey is a registered Citizen of the Moorish Republic Nation. This Certificate serves as evidence of his Citizenship and in no way should said citizenship be construed to mean United States Citizenship. Please update any records that may reflect the opposite for corrective purposes. Lamonte El Bey is and always has been a Moorish American, and this certificate is now being served to correct all U.S Government Records.

It is incumbent upon all agencies of the U.S Government that honor and respect be given to the Citizen named within this document and that all courts of law give full faith and credit to the right of autonomy, as we the Moors have chosen to govern ourselves as an upright and independent nation.

---

### CERTIFICATE OF CITIZENSHIP

This document serves as a certificate that Lamonte El Bey is a Citizen of the Moorish Republic Nation and this certificate should be given full faith and credit by any and all agencies of the UNITED STATES and any and all agencies abroad. This Certifies Lamonte El Bey, now and forever as a Moorish American Citizen.

---

### CERTIFICATE OF REGISTRATION

This document also serves as evidence that Lamonte El Bey is registered with the Moorish Republic Nation and his name can be found within our central database of registered Moorish Americans.

---



X _____

Minister of the Vital Records

( **Form:** 987-A . Department of the Vital Records . Michigan Office . North Carolina Office . Maryland Office )

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Lamonte El Bey
c/o 1534 Lindenwood Ln
Lawrence, Kansas, [66044]
Non Domestic , Non Federal

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | | | |
|---|---|---|---|---|---|---|
| LAMONTE EPHRIAM | | | | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | | | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|---|---|
| N/A | | | N/A | N/A | | N/A |

| 1c. MAILING ADDRESS | | | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|
| | | | | | | U.S |

| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| Redacted | | TRUST | ADMIRALTY | | ☑ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | | | |
|---|---|---|---|---|---|---|
| N/A | | | | | | |

OR

| 2b. INDIVIDUAL'S LAST NAME | | | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|---|---|
| | | | | | | |

| 2c. MAILING ADDRESS | | | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|
| | | | | | | |

| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | | |
|---|---|---|---|---|---|---|
| N/A | | | | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | | | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|---|---|
| El Bey | | | Lamonte | N/A | | N/A |

| 3c. MAILING ADDRESS | | | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|
| c/o 1534 Lindenwood Ln | | | Lindenwood Ln | KS | [66044] | america |

4. This FINANCING STATEMENT covers the following collateral:

(a) all of Debtor's inventory, including all goods, merchandise, raw materials, supplies and other tangible personal property, now owned or hereafter acquired, all documents now and at any times covering or representing any of said property; (b) all of Debtor's accounts, accounts receivable, contract receivables, contract rights, notes, drafts, acceptances, instruments, chattel paper and general intangibles, and all guarantees and suretyship agreements relating thereto and all security for payment thereof, now and hereafter existing or arising; and (c) all of Debtor's equipment, including all furniture, furnishings, machinery, fixtures, storage shelves and other goods used in the conduct of Debtor's trade or business, including, but not limited to, all motor vehicles and rolling stock, now owned or hereafter acquired; Together with (a) all increases, parts, fittings, accessories, equipment, special tools and accessions now or hereafter attached thereto or used in connection therewith, and any and all replacements of all or any part thereof; (b) any profits now or hereafter acquired from or through any of the foregoing; (c) any products now or hereafter manufactured, processed, assembled, or commingled from or through any of the foregoing; and (d) any and all proceeds received should any of the foregoing be sold, exchanged, collected or otherwise of ( all of which is hereafter called the "Collateral".

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☑ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|

6. ☑ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA

By: _Lamonte Ephriam_ , Debtor

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

OR

| 9a. ORGANIZATION'S NAME |
|---|
| LAMONTE EPHRIAM |

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| N/A | N/A | N/A |

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

OR

| 11a. ORGANIZATION'S NAME |
|---|
| |

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 11d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | □ NONE |

**12. □ ADDITIONAL SECURED PARTY'S or □ ASSIGNOR S/P'S NAME** - insert only one name (12a or 12b)

OR

| 12a. ORGANIZATION'S NAME |
|---|
| |

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**13.** This FINANCING STATEMENT covers □ timber to be cut or □ as-extracted collateral, or is filed as a ☑ fixture filing.

**14.** Description of real estate:

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**16.** Additional collateral description:

All Bonds, Notes and Securities. All Miller Act Bonds, All Bid, Performance and Payments Bonds related to any and all court cases, judgments, etc. These bonds and the credits associated with these bonds are now claimed as collateral and hereby terminated for want of consideration.

**17.** Check only if applicable and check only one box.

Debtor is a ☑ Trust or □ Trustee acting with respect to property held in trust or □ Decedent's Estate

**18.** Check only if applicable and check only one box.

☑ Debtor is a TRANSMITTING UTILITY

□ Filed in connection with a Manufactured-Home Transaction — effective 30 years

□ Filed in connection with a Public-Finance Transaction — effective 30 years

**NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPLE AND
NOTICE TO THE PRINCIPLE IS NOTICE TO THE AGENT.**

I, Lamonte El Bey. Nunc Pro Tunc Being Of Husia/Ousia and Elohim ["The Creative Force of Will], Am the Principle; and you are the Agent! Fail not your Oath, lest you will be called to answer before the Highest Court of International Law. The terms and conditions of this Instrument/Presentment [NOTICE] puts liability with you and those acting in concert with you, jointly and severally with the corporations involved with you. An unauthorized-use of My Name in all Capital Letters and/or in Upper and Lower Case Lettering will be taken as a violation of My Privacy Rights and/or common-law copyrighted property rights. The penalty for said unauthorized-use is set forth as follows: Principal Amount set at $1,000,000.00 per use.

## VERIFICATION UPON OATH OF AFFIRMATION
## JURAT DECLARATION

**Private Sovereign Sui Juris Indigenous Moor**
The Nationality Act of 1940
54 Stat 1137, Section 101(a) and 8 U.S.C. Section 1101(21)
All RIGHTS RESERVED, U.C.C. 1-207, UCC 1-308, U.C.C. 1-103.6
In accordance with 28 C.F.R. 16.41(d) and 28 U.S.C. 1746(1)

**Secured Party/Creditor and Holder in due Course**
U.C.C-1 Financing Statement # _____
EXEMPT FROM LEVY HJR 192, U.C.C. 1-104; 3-104;
10-104 [via 31 U.S.C. 463(b) and PL 73-10];
31 U.S.C. 5118. through 22 U.S.C. 2281

I AM _Lamonte El Bey_____

**The use of a Notary Public does not grant any jurisdiction
and is used for identification purposes only.**

**State of Kansas**
**County of Douglas**

The above affiant, Lamonte El Bey appeared before me a Notary in his true character and affixed his signature to the above document and affirmed under oath this _____ day of _____ month, _____.

Notary Public _____.

Commission _____/_____/_____.

**All correspondence shall be mailed to the Notary Public listed Below:**

**Notary Name** _____

**Notary Address** _____

**Notary City, State, Zip** _____

## VERIFICATION UPON OATH OF AFFIRMATION
## JURAT DECLARATION

Private Sovereign, Sui Juris Indigenous Moors
The Nationality Act of 1940

**I AM Lamonte El Bey** *Lamonte El Bey*
Private Sovereign Sui Juris Indigenous Moor,
Diplomatic Immunity Registration No.AA222141
UCC 1-207, UCC 1-308, UCC 1-103.6; 28 CFR 16.41(d); 28 USC 1746(1)

**State of Kansas**
**County of Douglas**

The above affiant, Lamonte El Bey appeared before me a Notary in his true character and affixed his signature to the above document and affirmed under oath this _____ day of _____ month, 2009.

The jurisdiction I Am exercising is the "International Jurisdiction," which is "Internal" and "Private," meaning that it is inside the Body and on the Soil. Therefore, I Am a Private Citizen of the Continental United States of America, and Not a public citizen of the United States. In the International Jurisdiction, as Holder of Preferred Stock, I Am the Allodial Land Owner; and therefore, I Am the owner of the roadways and highways. In the capacity of Sovereign, a Private Citizen of the U.S.A., I may only respond in this manner:

1. **Law Enforcement Officers are to be shown the two documents noted below.**

   A. THE TRAVEL BRIEF:
   B. THE APOSTILLE:

2. **Law Enforcement Officers are to provide the following Documents in exchange for: Driver's License, Registration, Proof of Insurance,Or My Name.**

   A. OFFICER'S NAME:
   B. OFFICER'S BOND NUMBER:
   C. NAME & ADDRESS OF BONDING COMPANY:
   D. RISK MANAGEMENT OFFICE NAME & OFFICE ADDRESS:

Please be advised that I Am NOT a "person" under the jurisdiction of your agency, which applies only within the territorial jurisdiction of the United States [Foley Brothers v. Filardo, 336 U.S. 281, 1948], which is defined and limited by the Constitution for the United States of America [Article I, section 8, clause 17]. **Please take note:** Title 5 of the U.S. Codes, section 556(d): Jurisdiction Issue.

1. I Am a Sovereign Citizen of the Kansas Republic. I DO NOT reside in Corporate State of Kansas or any Territory, Possession, Instrumentality or Federal Enclave which is under the "Sovereignty of" or "Subject to the Jurisdiction of" the United States.

2. I Am NOT a citizen of the United States subject to its Jurisdiction; I Am a natural born flesh and blood Citizen of one of the Organic de jure Fifty Republic States of the Continental United States of America, over which the Sovereignty of the United States does NOT extend.

If the Sovereign Citizen is detained or jailed, this action would necessitate His immediate release from custody, upon conformation of his foreign status. Or He may be released on His own "personal recognizance bond." And in the event that the request for this bond is refused or dishonored, then the Sovereign will use the dishonor to charge an "Involuntary bankruptcy" action against any and all parties responsible for His detention, pursuant to Administrative Claims under the Federal Tort Claims Act, as amended July 1, 2002 [28 CFR 14.2, pages 253-254].

Police power must be exercised within Constitutional constraints; and under such constraints, police power cannot impinge upon the People's Constitutionally secured rights in "Property" and "Liberty." My private conveyance [passenger vehicle], which is NOT operated for compensation and NOT engaged in commerce, is NOT the property of the STATE. My private conveyance [passenger/motor vehicle] is exempt from the titling, registration and insurance requirements, and is NOT subject to the provisions of the Kansas Vehicle Code, by Right of Avoidance [fraudulent contracts]. There is NO lawful authority to convey the Manufacture's Statement of Origin [MSO] from the "First Seller" to the Kansas Department of Transportation [DOT]. Any Quiet Title action conveying My private conveyance's [passenger/motor vehicle] MSO to the DOT by interlocutory order is unlawful. I hold the receipt, for My private conveyance as the Bona Fide Purchaser and Absolute Owner, in lieu of Proof of Ownership and Vehicle Registration.



# Moorish Science Temple of America

POLITICAL STATUS :Classified- Truth A-1 Freehold by Inheritance
Library of Congress Diplomatic Immunity Registration No. AA222141

## TRAVEL BRIEF IN SUPPORT OF ACCESS TO INTERNATIONAL JURISDICTION AND EXTRATERRITORIALITY

THE CONSTITUTION . . . for the United States of America. Amendment IX

"The enumeration in the Constitution of certain rights shall not be construed to deny or disparage others retained by the people."

THE CONSTITUTION . . . for the United States of America. Amendment X

"The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people."

A **MOORISH AMERICAN NATIONAL** . . . having made proof of my status At Law by way of my Declaration of Nationality, as well as Sui Juris Indigenous Moor /Private Sovereign. The Supreme Court's construction and application of Property Clause [Article IV. section 3. clause 2] of the Federal Constitution, confers upon Congress the power to dispose of, and make rules and regulations as to, property belonging to the United States [49 L Ed 1239. see 63-C Am Jur 2d. Public Land at section 40].

"No public policy of a state can be allowed to override the positive guarantees of the U.S. Constitution" [Article IV, section 4: See 16 Am Jur 2d. Constitution Law, at section 70].

*Lamonte El Bey*

**AUTHORIZED Signature: Public Minister – Lamonte El Bey**
WITNESS THE HAND AND SEAL
MOORISH SCIENCE TEMPLE OF AMERICA

### ACKNOWLEDGEMENT

**State of Kansas**
**County of Douglas**

This instrument was acknowledged before me on this _____ day of _____ . A.D. Two Thousand_____. by _____. On the day noted above the individual named herein appeared In Propria Persona ["sui juris" and "alieni juria"] before me. a Notary Public of the above State, and demonstrated satisfactory evidence to be the individual whose signature is subscribed hereon. The said individual solemnly affirmed under oath that he/she has first hand Knowledge of the facts contained herein and that the facts are true. correct and complete to the best of his/her knowledge. understanding and belief.

I, Lamonte El Bey, a traveler and Non-Driver/Non-Operator, do solemnly declare that I Am a Sovereign Citizen of the Continental United States of America, and may lawfully move or travel upon the roadways and highways going to and from; That I Am the Bone Fide Purchaser, Possessor and Owner of said vehicle; That I have Absolute Dominion over the Non-Commercial and Not-for-Hire vehicle.

## CERTIFICATE OF EXEMPTION ON INDIGENOUS GROUNDS
## DENIAL OF CORPORATE STATUS AND
## NEGATIVE AVERMENT

The vehicle I travel with is NOT owned by the STATE or a political subdivision thereof. There exist NO security interest in said vehicle on behalf of the STATE. I, Lamonte El Bey, maintain controlling security interest in said vehicle, pursuant to UCC-1 Financing Statement #_____, as prima facie evidence of My security interest in said vehicle.

The vehicle is NOT required to be registered . . . And there is NO requirement for a State Certificate of Title. It is NOT required to register a vehicle unless the STATE has acquired ownership of the vehicle. The STATE acquires ownership of the vehicle by the transfer of the security interest at the time of "first sale" or at the time of transfer of the Certificate of Title; and the State's security interest is renewed at the time of annual registration, or re-registration. In other words, if the STATE doesn't own the vehicle, that vehicle cannot be registered. If the STATE doesn't own the vehicle, that vehicle is NOT required to be registered. Therefore, the STATE does NOT possess NOR control the security interest in the vehicle.

In the Nature for a Peace Declaration I, Lamonte El Bey, Am a Living Soul, a Sovereign, a Private Human Being, a Creditor and Claimant; I AM NOT a Statutory "person" or Juristic "person." I AM Husia/Ousia, a living Being upon the Land and on the Soil; however, I Am domicile on the overlay of the Republic otherwise known as Kansas.

Whereas: I, Lamonte El Bey, do hereby solemnly declare that I: 1) A Living Soul, is competent for stating the matters set forth herewith; 2) A Living Soul, have personal knowledge about the facts stated herein; and 3) Everything stated in this TRUTH AFFIDAVIT is the Truth, the whole Truth, and nothing but the Truth; and all stated is true, correct, complete and not misleading, for the best of one's knowledge. NO THIRD PARTIES ALLOWED;

Whereas: I, Lamonte El Bey, Am NOT: a man-made created entity; a corporation; a franchise; a subject of Britain, a British Commonwealth, the British Isles, the United Kingdom or the Holy See; a citizen of England, a citizen of the UNITED STATES, a 14th Amendment citizen subject to the jurisdiction of the United States, a citizen of America; a resident, citizen or subject of any earthly territory, Kingdom, or land;

Whereas: I, Lamonte El Bey, Am: a child of the Creative Force, Elohim, who created every thing that is, was, or shall ever be; an heir of the Great Mother, Elohim; and therefore, My Citizenship is on the Soil. While a Sojourner on this earth, I exist on the land commonly known as Kansas, a Republic where the land will forever belong to the people, being established by "We the People". My Mother, Elohim, who created all land and owns all land is Sovereign, and so I Am Sovereign;

Whereas: I, Lamonte El Bey, Am a real-live, flesh and blood, living, breathing soul; proving that I Am NOT a Corporate Fiction and that I DO NOT belong in the Courts of the Corporate Fictions. The entities named below are corporations and I hereby negatively aver their existence:

### CITY OF LAWRENCE, COUNTY OF DOUGLAS; STATE OF KANSAS, ALL KANSAS DISTRICT AND CIRCUIT COURTS, WASHINGTON, DC; UNITED STATES FEDERAL CORPORATION, UNITED STATES, US, USA; UNITED STATES DISTRICT COURT, AND ALL BRITISH BAR ASSOCIATES AND ATTORNEYS/LAWYERS/COUNSELOR, ESQUIRES/JUDGES.

Whereas: I, Lamonte El Bey, Am NOT in affirmation; but rather, I DENY the existence for the above CORPORATIONS and FICTIONS, and all departments/branches, divisions/subsidiaries of the above corporations/fictions and all other limited liability fictional entities. Furthermore, I OBJECT [and do not ratify] the use of the ALL CAPITAL NAME. The ALL CAP NAME is the fictitious person "doing business as." When anyone is "doing business as" he is entering into contracts. The ALL CAP NAME is prima facie evidence that one is doing business with the STATE;

WHEREAS: The FRANCHISE, BIRTH, and/or TRUST CERTIFICATE was created and offered fraudulently and deceitfully, supposedly to aid in the Census, as a means of identification, to document a birth, and for health reason and purposes; the true nature of the BIRTH CERTIFICATE is an unrevealed commercial agreement, an unconscionable adhesion contract with an Agency of the federal, corporate United States, the Department of Commerce; the true nature of the DATE OF BIRTH is to execute the birth of the certificate [by signing, filing and recording], not the "natural" person;

WHEREAS: The BIRTH CERTIFICATE is a TRUST INSTRUMENT recorded with County Recorder, a subsidiary of the Secretary of State [of the several states], sent to the Bureau of Census, a division of the Department of Commerce [Washington, DC], placing the name on the BIRTH CERTIFICATE in commerce as a legal "person" [e.g. corporate Trust] distinct said separate from the "natural bond citizen", Indigenous Moor to this land;

WHEREAS: The Secretary of the States [of the several states] issues and charters corporations and franchises, that any American citizen with a BIRTH CERTIFICATE is liable to the Franchise Tax Board of the State Department of Revenue for income taxes, and the federal corporate United States for its debt obligations to the Federal Reserve bank;

WHEREAS: This TRUST INSTRUMENT has deceived the above "name" into an unrevealed contract attempting to place Myself [and My fellow American Citizens] under the jurisdiction of the federal United States with its tax and regulating authority originating from the Department of Commerce, pursuant to the authority of the Constitution for the United States of America [1789] and under the jurisdiction of the equity, admiralty or maritime jurisdictions of the federal court system; and the Uniform Commercial Code [UCC] of 1969.

NOW, THEREFORE: Should any man or woman deem that the statements above are not true, please answer by notarized affidavit using their Given Name at Birth and Married Name [if different] for autograph [signature] within ten [10] days, for the notary address.

Unrebutted after thirty [30] days from the date of county recording, this affidavit stands as fact.

THAT: I, Lamonte El Bey, "To regulate with foreign Nations, and among the several states, and with the Indian Tribes," [See U.S. Constitution, Article I, section 8, clause 3, Indigenous Moors], have declared and established "sui juris" status in connection with both My "property" and "name". I demand a certified copy with My signed authorization of all documents or contracts being "held-in-due-course", pursuant to UCC 3-305.2, UCC 3-305.52 and UCC 3-505, that create Any legal disability to the claimed "sui juris" status and "alieni juris" relating to My "name". My "name" is My property; and for My "name" to enjoy "sui juris" status that "name" must be free of legal disability resulting from a contract or commercial agreement which is being "held-in-due-course" by a fellow citizen or by any agency of the federal, state, county or municipal government.

THAT: I, Lamonte El Bey, REVOKE all powers, including, but not limited to, Powers of Attorney and Agency. I hereby DISSOLVE and TERMINATE any franchise connected with the BIRTH CERTIFICATE or TRUST INSTRUMENT. I hereby remove all commercial activity, including, but not limited to, the LIMITED LIABILITY for the payment of debt. I hereby release the Department of Commerce, its agents and Judiciaries, of their obligation to perform any commercial duties or responsibilities toward Myself. I am NOT in commerce or involved in any commercial activity with the federal corporate United States government or any subsidiary.

## THIS IS A LAWFUL AND LEGAL NOTICE: CLAIM AND REMEDY

TO ALL Public Officials, by and through the Secretary of State of Kansas. All letters or communications are to be presented in writing, via Notary Location, signed in red ink under penalty of perjury. This Notice is in the nature of a Miranda Warning. For The Record. On The Record, Let The Record Show: If, for any reason you do not understand any of these Statements, Warnings, it is incumbent upon you to summons a superior officer or supervisor immediately to explain for you the importance of this Presentment [NOTICE].

Your failure will leave you in the position of accepting full responsibility for any liabilities I incur, damages and injuries to My Being from your actions, and the actions of any of your fellow officers.

The individual tending this document is an Original Indigenous Moor and a Private American Citizen of Posterity, a Secured Party and Holder-in-due-Course, a Sovereign and Private "State" in fact [not a 14th Amendment citizen of, nor a subject of, nor owing allegiance to, the federal United States; nor any of the de facto Corporate State contracting thereto]. Therefore, I carry within Myself the original and exclusive peculiar jurisdiction and venue under Our One Supreme Court, the Real Law and Common Law. This matter is Public Record filed with the Secretary of State for the State of Kansas, and may be recorded upon the records and books of the Register of Deeds in Douglas County, and published as a Public Notice in said county's Paper of Record.

This Document will become an evidentiary document in any court action undertaken by Myself as a result of any liabilities I incur, injuries and/or damages that befall Myself, from actions on your part and the part of any officers involved herein; or any public officer that may violate any of My Inalienable Rights [at NO time have I waived said Rights] in any future action. Remember, you have taken a solemn and binding Oath to protect and defend the federal Constitution and the Constitution for the Kansas Republic [via the State of Kansas]. A violation of this Oath is Treason! If you move against Myself in defiance of this Presentment [NOTICE], there will be NO IMMUNITY from prosecution.

 

**POLITICAL STATUS: Classified-Truth A-1 Freehold by Inheritance**

**Moorish Science Temple of America**

MOORISH DIVINE AND NATIONAL MOVEMENT OF NORTH AMERICA

MOORISH REPUBLIC NATION

**DECLARATION OF NATIONALITY**

FOR THE INDIGENOUS MOORISH AMERICAN NATIONALS OF
THE CONTINENTAL UNITED STATES OF AMERICA REPUBLIC AND ADJOINING ISLANDS

**KNOW ALL MEN AND WOMEN BY THESE PRESENTS**, that I. Lamonte El Bey Am A Flesh and Blood Spiritual Man and Duly Affirm Standing Squarely Upon Our Principles of Love. Truth. Peace. Freedom. and Justice Deposes:

I And My Offspring are Free Moorish American National(s) Of Al Moroc (America) North. Central. South America And Adjoining Islands Anciently Referred To As Amexem And I Am Part And Parcel To The Land Of My Ancient Forefathers (Moroccans) By Birthrights and Inheritance Aboriginal And Indigenous As Well As A De Jure Natural Citizen Of The Continental United States Of America And Declaring My Power And Authority By Right of Birth And Right of The Soil. Retaining All Substantive Unalienable Rights And Immunities As Described In The Organic United States Republic Constitution. Moroccan Treaty of Peace And Friendship of Seventeen Eighty Seven (1787) Superseded By the Treaty Of 1836 between the United States Of America And Morocco. in Force. Declaration of the Rights Of Indigenous Peoples( E/Cn4./Sub.2/1994/2/Add.1(1994) Article 5 (Every Indigenous Individual Has The Right To A Nationality). And In The (Declaration Of the Rights Of The Child. G.A. res 1386 (XIV). 14 U.N. GAOR Supp. (No.16) at 19. U.N. Doc.A/4354(1959) Principle 3 (The Child Shall Be Entitled From His Birth To A Name And A Nationality). Which Is Federally Enforced Pursuant To Article VI Of The Constitution For The United States of America Republic. Our Divine Constitution and Bylaws And The Zodiac Constitution (Natural Law).

Be It Further Known That I And My Offspring Am Returning The Names and titles given to me of The Colonial Possessors And Returning. Relinquish. And Disclaiming It Because It Was Prepared For Them By Their Forefathers For Their Earthly And Divine Salvation. But Likewise I Am Reclaiming My Ancestral Name Which Was Prepared For Our Earthly And Divine Salvation By Our Forefathers Either Bearing The Name El. Bey. Dey. Al. Ali. In Like Manner My Name Shall Be Henceforth A Moorish American One Lamonte El Bey And Am In My Proper Person In Propia Persona Sui Juris Not Having Any Legal disabilities. I Am Not A citizen Governed Under Naturalization Or Immigration Not A 14TH Amendment "person" Or "U.S. citizen" Not Subject To The Statutory. Colorable Law Jurisdiction Of The United States In The Corporate Monopoly Of The federal. state. local. and municipal government. I Being In Propia Persona Sui Juris In Connection With My Property And "name". I Am Free Of Any Legal Disability Resulting From A Contract Or Commercial Agreement Being "Held-in-Due-Course". Any Evidence To The Contrary Is Hereby Rebutted.

L.S. *Lamonte El Bey*

Indigenous Moorish American . Lamonte El Bey



**POLITICAL STATUS CLASSIFIED A-1 TRUTH FREEHOLD BY INHERITANCE**
**LIBRARY OF CONGRESS DIPLOMATIC IMMUNITY REGISTRATION NO. AA222141**

### DECLARATION OF INTENT AND CONSTRUCTIVE NOTICE
OF EXPATRIATION FROM THE DE FACTO CORPORATE
U.S GOVERNMENT AND REPATRIATION INTO THE DE JURE
ORGANIC UNITED STATES OF AMERICA REPUBLIC.

Status: Indigenous, Truth A-1 Freehold
**By Inheritance AA222141**

**To All Whose Presence I May Come:**
I.S.L.A.M.

I, ,Lamonte El Bey do state and declare my intent to expatriate from the United States. United States as used in this document means the corporate United States, Washington D.C., The District of Columbia, or U.S. government Incorporated as a for profit commercial enterprise in the Legislative act of February 21, 1871, forty-first Congress, Session III, Chapter 62, page 419. I know and believe, that I, Lamonte El Bey am not and was never a citizen of the United States because 1.) I could never be. Dred Scott vs. Sanford1857 U.S. Supreme Court " No person of African descent could ever be a citizen of the United States." 2.) I never intended to be. I never knowingly or willingly entered into any contract or obligation with the United States, any of its principals, agents, or assigns. I have never knowingly and willingly waived any of my rights of birth endowed to me by the Creator. To waive any of my God given rights would be in direct conflict with my spiritual and religious beliefs. To waive any of my God given rights would be unconscionable agreement on my part. Unconscionable Agreement - an agreement that no promissory with any sense, and not under a delusion, would make, and that no honest and fair promisee would accept.

Black's Law Dictionary Abridged 7th Edition. Even knowing that I am not and was never a citizen of the United States, I still find the urgent need to kill any assumption that I am a United States citizen by renouncing United States citizenship, and declaring, my expatriation from the United States to further prevent the violation of my God given unalienable rights by the United States, its principals, agents, and assigns. Expatriation Act 1868, " the right to expatriation is a natural and inherent right of all people, indispensable to the enjoyment of the rights of life, liberty, and the pursuit of happiness," "any declaration, instruction, opinion order, or decision, of any officers , of this government which denies, restricts, impairs, or questions, the right of expatriation, is hereby declared inconsistent with the fundamental principals of government 15 Stat. 223-224 (1868) R.S. Section 1999, 8 U.S.C. Section 800 (1940).

**I give my lawful NOTICE to the world that it is my intent to expatriate from the Unites States.**

I, Lamonte El Bey announce my claim of my birthrights a sovereign Moor, and declare my repatriation into the united States of America formerly known as Amexem, Al Moroc, and the Al Moroccan Empire, which existed before the United States and is separate and foreign to the United States. The Holy Koran of the M.S.T of A. "Let my yea be yea and my nay be nay." United States (Federal Government) foreign to the several states: reference Federal Civil Judicial Procedure, 1996 Edition, West Publishing, St. Paul, Minnesota, Title 28 U.S.C.A., Section 3002, Definitions (15), page 1073, and IN re Merriam, N.E. 505, 141 N.Y. 479, affirmed 16S. Ct. 1073, 161, 41 l..Ed. 287.

**The use of a Notary Public is for Verification Purposes Only**

**I give my lawful NOTICE to the world of my claim to my divine birthright as a sovereign Moor.**

I am Lamonte El Bey

M.S. *Lamonte El Bey* _____ AA222141 Indigenous free, Sovereign and private Great Seal Moor*

In Propia Persona, Sui Juris (not Pro Se or colorable), The United States Code of Laws of a General and Permanent Character, In Force Title 22, Chapter 2, Section 141. Droit.

**Moors:** The Indigenous Peoples of North, South, and Central, Al Morocs (Americas) including the adjoining islands.

By special appearance before me on this ___ day of _____2009 Ccy, 1426 MC, The Divine Being Lamonte El Bey

Who Is affirming that he is the Being I herein named and is by lawful right in his proper person to execute this document.

**I therefore place my hand and seal.**

_____
Notary Public:

_____
Commission Expires:

## AFFIDAVIT ATTESTING
### MOORISH AMERICAN CITIZENSHIP
### AND SWORN DENIAL OF US CITIZENSHIP

I, Lamonte El Bey, am competent to handle my own affairs, over the age of 21 and do solemnly make this affidavit with sound mind and voluntary actions.

I, Lamonte El Bey, do solemnly swear under the pains and penalties of perjury that I am a Moorish American Citizen and that I have always been a Moorish American Citizen.

I, Lamonte El Bey, do solemnly swear under the pains and penalties of perjury that I am not and have never been a Citizen of the UNITED STATES.

I, Lamonte El Bey, do solemnly swear under the pains and penalties of perjury that I am not and have never been a Citizen of the DISTRICT OF COLUMBIA or any other Federal Territory.

I, Lamonte El Bey, do solemnly swear under the pains and penalties of perjury that I am an indigenous, autonomous moor, inhabitant of the United States of America, Kansas Republic.

The Statements made by the herein principal are the truth the whole truth and nothing but the truth. Any objections to the statements made within this affidavit should be made within 10 business days to the address listed below or forever hold your peace.

**All Correspondence should be made to:**

Notary Name _____

Notary Address _____

Notary Zip, City, State _____

L.S. _Lamonte El Bey_
Moorish American Citizen

**JURAT**
The use of a Notary Public does not constitute any waiver of foreign
status and is merely used as a means of properly identifying the principal.

**STATE OF KANSAS**

               ss.

**COUNTY OF DOUGLAS**

Subscribed and Sworn to by _____, before me this _____ day of _____, _____.
Lamonte El Bey, was given an oath/affirmation attesting to the truthfulness of this document.

The following named Moorish American Citizen, Lamonte El Bey did appear before me this ____ day of _____.
_____. with the proper identification and proof of his/her Moorish American Citizenship.

**Notary Public:** _____

Commission Expires: _____ / _____ / _____



## POLITICAL STATUS: CLASSIFIED-TRUTH A-1 FREEHOLD BY INHERITANCE

### MOORISH DIVINE AND NATIONAL MOVEMENT OF NORTH AMERICA

### MOORISH REPUBLIC NATION

## DECLARATION OF NOBILITY&DIPLOMATIC STATUS

FOR THE INDIGENOUS MOORISH AMERICAN NATIONALS OF THE CONTINENTAL UNITED STATES OF AMERICA REPUBLIC AND THE ADJOINING ISLANDS

### Time / Day Moorish Calendar Year 1426

KNOW ALL MEN AND WOMEN BY THESE PRESENTS, THAT I, Lamonte El Bey, A FLESH AND BLOOD NATURAL SPIRITUAL MAN AND DULY AFFIRM STANDING SQUARLEY UPON OUR PRINCIPLES OF LOVE, TRUTH, PEACE, FREDOM AND JUSTICE DEPOSES AND SAYS:

May the Peace And Blessing Of Allah Be Upon He/She Who Reads This Document I am a Moorish American National of Al Moroc (America) bound to the continent by birthrights and inheritance Anciently known as Northwest Amexem (North Gate) which is the land of our Ancient Forefathers the Moroccans and we have a historical continuation here over 50,000 years as the Aboriginal and Indigenous Peoples by (Freehold) by (Allodial Title) of this land and are the Sovereign Lords here and rightful Land Barons who bear the Noble titles El, Bey, Dey, Al, Ali these are our ancestral names and we answer to no others.

I, Lamonte El Bey am an official of our Moorish Government M.D.N.M. and act under the capacity of our Provincial Regencies styled Moorish Science Temple Of America as Consul, Foreign Minister, Ambassador, public Minister, and Plenipotentiary etc. the usage we chose is <u>Sheik/Sheikess</u> and anyone bearing this title is a government official and is protected by the Law of Nations and Rights of Indigenous Peoples (part I&II 1994) as well as the Universal Declaration of Human Rights (1948)/ Declaration of the Rights of a Child 1959/ Vienna Convention. Any disputes are of a treaty nature and should be referred to the Moroccan Treaty of Peace and Friendship 1787 (1836) still in force, A Moorish American (Moorish Al Moroccan) is a descendant of Moroccans born in America and our ancestors are the signing parties to the treaty. It is the accountability of each Provincial Regency to Nationalize the Moors who are Reclaiming/Proclaiming their nationality as well as Facilitate the necessary institutions to continue our Legacy to our posterity including culture, religion, education, information, media, health, housing, employment, social welfare, economic affairs, land and resource management etc.

We as Aboriginal And Indigenous Peoples as a specific form of exercising our rights to self determination, have the right to autonomy or self government in matters relating to our internal and local affairs. We bear a definite territory and permanent population, flag and a fixed government, thus we are culturally identifiable, ethnically identifiable and our historical continuation is over 50,000 years.

The before mentioned is a foreign neutral or Neutral in Intinere including family and friends and are opposed to war in any form, Public Ministers are entitled to all of the immunities of the state for whom they act as recognized by the Law of Nations.

In the Provincial Regency/Mission/Embassy The Grand Sheik is the highest Authority and will Delegate whom he/she sees fit to operate in the capacity of Diplomatic Status and represent the Moorish Government here and abroad, See Articles of the Vienna Convention.

We as an autonomous Nation of Aboriginal Indigenous Peoples have been Labeled and marked by many Misnomers Indians, Black, Negro, Colored, African-American, Spanish, Latino, Puerto Rican, and other Artificial Persons which are all misnomers though we are referred By tribal names by the Europeans such as Olmecs ( El Maliks) Delaware, Washitaw, Nanticoke, Leni Lenape, Iroquois, Yamasee, Seminole, Choctaw, Cherokee, Chickasaw, Tunica, Shawnees, Onandaga, Seneca, Mohawk, Cayuga, Oneida, Adodarhoh, Blackfoot, Alibamu, Nez Perce, Natchez, Osage, Creeks etc. These are some of the many names we are none by and called yet we are all Moors of Al Moroc Anciently called Amexem or the North Gate Egypt of the West, Atlantis etc.

## Noble Sovereign Status

We the Moors are the Nobles of North, South And Central America and Adjoining Islands by hereditary Birthrights. Ali ,El , Dey, Bey, Al are Moorish Noble Titles to the land and possess the only lawful title to the land. We are a Sovereign Body mentioned as We The People, We possess Supreme Political Authority, We have all benefits and rights to the land we stand on in accord with the Law of Nature which cannot be bought or sold, It is only gained through heredity, birth-line and pedigree.

This Declaration Certifies that sui juris, is a born-free human male, a mortal man with sentient and moral existence, being a Natural-born Sovereign Moorish American by Birthright and by law, and do claim all absolute, Un-a-lien-able, Fundamental Rights, privileges, Immunities and Protections, as guaranteed, protected and secured by the original parent compact (organic), The Constitution for the United States of America (1787), as amended (1791) by the Bill of Rights, Articles I through X, "The Declaration of Human Rights", § 1 through 32.

Further, it is Certified herein that pursuant to the Foreign Sovereign Immunities Act of October 21st, 1976 [H.H. 11315] Public Law 94-583, 94th Congress, 90 Statutes at Large §1, R.S. 1999, Title 8 U.S.C.A. 1481 is still in force and effect today.

### See

Briehl v. Dulles, 248 F.2d 561, 568 @ N.21, among others. Further, the aforementioned Sovereign American is Non-Incorporated, statutorily Incapacitated, Statute Immune, Tax Immune, Tax Exempt, EXEMPT from LEVY and claims Diplomatic Immunity and Sovereign Immunity. 'ab initio' from Day 16. December. 1971 M.E.. 'ad infinitum'.

This Sovereign status is foreign to and not subject to/by the status of "Statute Staples", "Chattel Property", "Citizen", "Resident", "Subject", "Person", "Whoever". "Taxpayer", and/or any other titles under Statutes, Rules, Regulations, Policies, common usage's of the corporate United States, the corporate United States of America, the Corporate State of Kansas and/or any other corporate Governmental body whatsoever, Without A Valid Contract.

Furthermore, this Moorish American Sovereign makes explicit reservation of all Rights pursuant to Uniform Commercial Code (UCC) §1-207, (UCC) 1-308, (UCC) § 1-103, without the United States as defined in State or Federal Statutes.

## FORMAL SOVEREIGN OATH
## OF RENUNCIATION

I , Lamonte El Bey, sui juris, Sovereign, Having first hand knowledge of the Facts as the Facts have been made known to me, hereby and herein freely RENOUNCE all allegiance to the Foreign Venue and Jurisdiction of and within the United States (Washington, D.C.) I do freely give of this Formal Renunciation, being of sound mind, and having with me the Power of the Sovereign, by (ALLAH) GOD ALMIGHTY to make of my own volition this Oath by Formal Declaration.

In accord with the provisions set forth in Title 8 U.S.C.A. 1481, This Sovereign DECLARES that all OFFICERS, AGENTS, EMPLOYEES, ACTORS, or otherwise OFFICIALS of the United States, those being bound to obey the laws and Statutes proscribed therein, are BOUND to take NOTICE of this FORMAL OATH OF RENUNCIATION. As well, the aforementioned ACTORS, AGENTS, OFFICERS, EMPLOYEES, and/or other OFFICIALS of the United States Government, Bound by the Laws, Statutes, Acts, and Provisions of the same Constitution that require the aforementioned entities to uphold that Constitution Shall Not Infringe Upon, Ignore, Disregard, or otherwise find of no substance and/or standing, this Formal Oath of Renunciation by Declaration.

Pursuant to Title 8 of the United States Code Services, and the laws as they have been enumerated in the HOLY Texts , I sui juris, do DECLARE that no man can infringe upon this Sovereign Rights to renounce allegiance to any Foreign Government, Tyrannical Power, King, Foreign Nation, or other Alien Dominion.

I , Lamonte El Bey, sui juris, being a born free Man upon the soil of the Americans Do Not intend to abrogate Any Immunity or Personal Right and No Thing herein shall be construed to do so. These Personal Rights are by and from (ALLAH) GOD ALMIGHTY and any infringement upon these Rights of this Sovereign, sui juris, shall be deemed a blatant disregard of those Entitled Rights to Life, Liberty, and harm from Life or Limb.

I , Lamonte El Bey, sui juris, herein, and herefrom, DECLARE that being a Free Man of (ALLAH) GOD, am not, nor will, not give the Body, Mind, Spirit, nor Soul, to any Nation as defined by Government, or body politic. This Sovereign Man, herein DECLARES that no Law other than those that are for the Peace and dignity of self Preservation, Freedom, and the Rights to Liberty shall govern this Sovereign.

I , Lamonte El Bey, sui juris, do DECLARE that the Laws of the Common man/woman, being of the Common Law, shall govern me, and those Laws that are equitable and of good faith shall govern me, and I do not recognize any other form of Politic other than that of the Republic which is for the people, and by the people, those being Sovereign, not Citizens of a Foreign Government (WASHINGTON D.C.).

### NOTICE

LET NO THING IN THIS FORMAL OATH OF RENUNCIATION BE CONSTRUED AS TO BE AN ACT OF EXPATRIATION OR RENUNCIATION OF AMERICAN NATIONALITY. THIS OATH IS FOR THE EXPLICIT PURPOSE OF RENUNCING UNITED STATES CITIZENSHIP (THAT JURISDICTION OF/AND WITHIN STATE OF KANSAS OR WHEREVER DOMICILED.

I, Lamonte El Bey, the Undersigned Secured Party/Creditor, do aver that the above mentioned is the Truth and Facts according to the Law, and is, to the best of my knowledge and Belief, True, Correct, Certain and not to Mislead. This Declaration and Certificate is made under the Pains and Penalties of Perjury according to the Laws of ALMIGHTY GOD (ALLAH), The United States of America Republic and the Kansas Republic or where domiciled.

EXECUTED AND SIGNED by Me this '20 day of Sept , 2009 A.D. in the County of Harvey        State of Kansas

*Lamonte El Bey*

Lamonte El Bey, Moorish American National
Sovereign / Free-man /Free-woman-Free-moor
Secured Party/ Creditor
Holder-In-Due-Course
Trade Name Owner
Record Owner

### JURAT

IN TESTIMONY WHEREOF, I have hereunto set My hand And affixed my official seal the day and Year last above Written.

_____

Notary Public of Kansas

My Commission expires: _____





THE OFFICIAL WEBSITE OF THE
**MOORISH REPUBLIC TRUST**

**Phone:** (248) 247-4493
Office Hours - 8:00 A.M. - 6:00 P.M. - Eastern Time

Click here to open a beneficiary account

     

· **Related Topics:** Nationality Rights | Nationality Cards | Nationality Forms | Nationality Education

### The Moorish-American Treaty of Peace & Friendship

Certified Translation of the Treaty, with Approval by Jefferson and Adams

#### To all Persons to whom these Presents shall come or be made known:

Whereas the United States of America in Congress assembled by their Commission bearing date the twelfth day of May One thousand Seven hundred and Eighty four thought proper to constitute John Adams, Benjamin Franklin and Thomas Jefferson their Ministers Plenipotentiary, giving to them or a Majority of them full Powers to confer, treat & negotiate with the Ambassador, Minister or Commissioner of His Majesty the Emperor of Morocco concerning a Treaty of Amity and Commerce, to make & receive propositions for such Treaty and to conclude and sign the same, transmitting it to the United States in Congress assembled for their final Ratification, And by one other (commission bearing date the Eleventh day of March One thousand Seven hundred & Eighty five did further empower the said Ministers Plenipotentiary or a majority of them, by writing under the* hands and Seals to appoint such Agent in the said Business as they might think proper with Authority under the directions and Instructions of the said Ministers to commence & prosecute the said Negotiations & Conferences for the said Treaty provided that the said Treaty should be signed by the said Ministers:

And Whereas, We the said John Adams & Thomas Jefferson two of the said Ministers Plenipotentiary (the said Benjamin Franklin being absent) by writing under the Hand and Seal of the said John Adams at London October the fifth, One thousand Seven hundred and Eighty five, & of the said Thomas Jefferson at Paris October the Eleventh of the same Year, did appoint Thomas Barclay, Agent in the Business aforesaid, giving him the Powers therein, which by the said second Commission we were authorized to give, and the said Thomas Barclay in pursuance thereof, hath arranged Articles for a Treaty of Amity and Commerce between the United States of America and His Majesty the Emperor of Morocco, which Articles written in the Arabic Language, confirmed by His said Majesty the Emperor of Morocco & seal'd with His Royal Seal, being translated into the Language of the said United States of America, together with the Attestations thereto annexed are in the following Words, To Wit.

#### In the name of Almighty God,

This is a Treaty of Peace and Friendship established between us and the United States of America, which is confirmed, and which we have ordered to be written in this Book and sealed with our Royal Seal at our Court of Morocco on the twenty fifth day of the blessed Month of Shaban, in the Year One thousand two hundred, trusting in God it will remain permanent.

1.
We declare that both Parties have agreed that this Treaty consisting of twenty five Articles shall be inserted in this Book and delivered to the Honorable Thomas Barclay, the Agent of the United States now at our Court, with whose Approbation it has been made and who is duly authorized on their Part, to treat with us concerning all the Matters contained therein.

2.
If either of the Parties shall be at War with any Nation whatever, the other Party shall not take a Commission from the Enemy nor fight under their Colors.

3.
If either of the Parties shall be at War with any Nation whatever and take a Prize belonging to that Nation, and there shall be found on board Subjects or Effects belonging to either of the Parties, the Subjects shall be set at Liberty and the Effects returned to the Owners. And if any Goods belonging to any Nation, with whom either of the Parties shall be at War, shall be loaded on Vessels belonging to the other Party, they shall pass free and unmolested without any attempt being made to take or detain them.



**4.**

A Signal or Pass shall be given to all Vessels belonging to both Parties, by which they are to be known when they meet at Sea, and if the Commander of a Ship of War of either Party shall have other Ships under his Convoy, the Declaration of the Commander shall alone be sufficient to exempt any of them from examination.

**5.**

If either of the Parties shall be at War, and shall meet a Vessel at Sea, belonging to the other, it is agreed that if an examination is to be made, it shall be done by sending a Boat with two or three Men only, and if any Gun shall be Bred and injury done without Reason, the offending Party shall make good all damages.

**6.**

If any Moor shall bring Citizens of the United States or their Effects to His Majesty, the Citizens shall immediately be set at Liberty and the Effects restored, and in like Manner, if any Moor not a Subject of these Dominions shall make Prize of any of the Citizens of America or their Effects and bring them into any of the Ports of His Majesty, they shall be immediately released, as they will then be considered as under His Majesty's Protection.

**7.**

If any Vessel of either Party shall put into a Port of the other and have occasion for Provisions or other Supplies, they shall be furnished without any interruption or molestation.

**8.**

If any Vessel of the United States shall meet with a Disaster at Sea and put into one of our Ports to repair, she shall be at Liberty to land and reload her cargo, without paying any Duty whatever.

**9.**

If any Vessel of the United States shall be cast on Shore on any Part of our Coasts, she shall remain at the disposition of the Owners and no one shall attempt going near her without their Approbation, as she is then considered particularly under our Protection; and if any Vessel of the United States shall be forced to put into our Ports, by Stress of weather or otherwise, she shall not be compelled to land her Cargo, but shall remain in tranquillity untill the Commander shall think proper to proceed on his Voyage.

**10.**

If any Vessel of either of the Parties shall have an engagement with a Vessel belonging to any of the Christian Powers within gunshot of the Forts of the other, the Vessel so engaged shall be defended and protected as much as possible untill she is in safety; And if any American Vessel shall be cast on shore on the Coast of Wadnoon (1) or any coast thereabout, the People belonging to her shall be protected, and assisted untill by the help of God, they shall be sent to their Country.

**11.**

If we shall be at War with any Christian Power and any of our Vessels sail from the Ports of the United States, no Vessel belonging to the enemy shall follow untill twenty four hours after the Departure of our Vessels; and the same Regulation shall be observed towards the American Vessels sailing from our Ports.-be their enemies Moors or Christians.

**12.**

If any Ship of War belonging to the United States shall put into any of our Ports, she shall not be examined on any Pretence whatever, even though she should have fugitive Slaves on Board, nor shall the Governor or Commander of the Place compel them to be brought on Shore on any pretext, nor require any payment for them.

**13.**

If a Ship of War of either Party shall put into a Port of the other and salute, it shall be returned from the Fort, with an equal Number of Guns, not with more or less.

**14.**

The Commerce with the United States shall be on the same footing as is the Commerce with Spain or as that with the most favored Nation for the time being and their Citizens shall be respected and esteemed and have full Liberty to pass and re pass our Country and Sea Ports whenever they please without interruption.

**15.**

Merchants of both Countries shall employ only such interpreters, & such other Persons to assist them in their Business, as they shall think proper. No Commander of a Vessel shall transport his Cargo on board another Vessel, he shall not be detained in Port, longer than he may think proper, and all persons employed in loading or unloading Goods or in any other Labor whatever, shall be paid at the Customary rates, not more and not less.

**16.**

In case of a War between the Parties, the Prisoners are not to be made Slaves, but to be exchanged one for another, Captain for Captain,


Officer for Officer and one private Man for another; and if there shall prove a deficiency on either side, it shall be made up by the payment of one hundred Mexican Dollars for each Person wanting; And it is agreed that all Prisoners shall be exchanged in twelve Months from the Time of their being taken, and that this exchange may be effected by a Merchant or any other Person authorized by either of the Parties.

**17.**
Merchants shall not be compelled to buy or Sell any kind of Goods but such as they shall think proper; and may buy and sell all sorts of Merchandise but such as are prohibited to the other Christian Nations.

**18.**
All goods shall be weighed and examined before they are sent on board, and to avoid all detention of Vessels, no examination shall afterwards be made, unless it shall first be proved, that contraband Goods have been sent on board, in which Case the Persons who took the contraband Goods on board shall be punished according to the Usage and Custom of the Country and no other Person whatever shall be injured, nor shall the Ship or Cargo incur any Penalty or damage whatever.

**19.**
No vessel shall be detained in Port on any presence whatever, nor be obliged to take on board any Article without the consent of the Commander, who shall be at full Liberty to agree for the Freight of any Goods he takes on board.

**20.**
If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties and whenever the Consul shall require any Aid or Assistance from our Government to enforce his decisions it shall be immediately granted to him.

**21.**
If a Citizen of the United States should kill or wound a Moor, or on the contrary if a Moor shall kill or wound a Citizen of the United States, the Law of the Country shall take place and equal Justice shall be rendered, the Consul assisting at the Tryal, and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever.

**22.**
If an American Citizen shall die in our Country and no Will shall appear, the Consul shall take possession of his Effects, and if there shall be no Consul, the Effects shall be deposited in the hands of some Person worthy of Trust, until the Party shall appear who has a Right to demand them, but if the Heir to the Person deceased be present, the Property shall be delivered to him without interruption; and if a Will shall appear, the Property shall descend agreeable to that Will, as soon as the Consul shall declare the Validity thereof.

**23.**
The Consuls of the United States of America shall reside in any Sea Port of our Dominions that they shall think proper; And they shall be respected and enjoy all the Privileges which the Consuls of any other Nation enjoy, and if any of the Citizens of the United States shall contract any Debts or engagements, the Consul shall not be in any Manner accountable for them, unless he shall have given a Promise in writing for the payment or fulfilling thereof, without which promise in Writing no Application to him for any redress shall be made.

**24.**
If any differences shall arise by either Party infringing on any of the Articles of this Treaty, Peace and Harmony shall remain notwithstanding in the fullest force, until a friendly Application shall be made for an Arrangement, and until that Application shall be rejected, no appeal shall be made to Arms. And if a War shall break out between the Parties, Nine Months shall be granted to all the Subjects of both Parties, to dispose of their Effects and retire with their Property. And it is further declared that whatever indulgences in Trade or otherwise shall be granted to any of the Christian Powers, the Citizens of the United States shall be equally entitled to them.

**25.**
This Treaty shall continue in full Force, with the help of God for Fifty Years.

We have delivered this Book into the Hands of the before-mentioned Thomas Barclay on the first day of the blessed Month of Ramadan, in the Year One thousand two hundred.

**I certify that the annex'd is a true Copy of the Translation made by Issac Cardoza Nunez, Interpreter at Morocco, of the treaty between the Emperor of Morocco and the United States of America.**

Moorish Republic Nation - All Rights Reserved 2001-2008 - Indigenous Moors of North America - Michigan Republic

**INMATE REQUEST**

TO: Sheriff

FROM: Lamonte - El-Bey     POD/CELL  A-6

A.K.A
DATE: 9-17-09           Lamoate Ephriam

REQUEST: Due to my diplomatic and sovereign status I'm being
held unlawfully against my will so I need to talk to you
immediately and I will provide my proof.
Thanking you in advance!

DATE:_____ DISPOSITION:_____

_____

OFFICER:_____

EXHIBIT 2

**INMATE REQUEST**

TO: Sheriff or Capt.     FROM: Lamonte·El Bey     POD/CELL   A-6

DATE: 10-4-09

REQUEST: Dont bother·calling me out for court (monday)
october 5, 2009 because I am·not a Corporate
Fiction and I DO NOT belong in the Courts of the
Corporate Fictions. I'm being held unlawfully
and against my·will which is kidnapping. Get the
DATE: _____ DISPOSITION: F.B.I UP·Here!

OFFICER: _____

EXHIBIT 3

401 N. Market
204 U.S. Courthouse
Wichita, Kansas 67202

cc: U.S. Supreme Court
301 SW 10th Avenue
Topeka, Kansas
66612-1507

I, Lamonte Ephriam, a/k/a Lamonte El Bey a Moorish American Citizen, In Propia Persona, Sui Juris (Not Pro Se or Colorable), The United States Code of Laws of a General and Permanent Character, In Force Title 22, Chapter 2, Section 141. Droit... am requesting that my Nationality documents, proof of my Moorish citizenship, the Moorish-American Treaty of Peace and Friendship, and other affidavits be Filed through and by the County Clerk of the U.S. Courthouse in Wichita, Kansas.

Lamonte Ephriam
A.K.A
Lamonte El Bey
L.S. Lamonte Ephriam aka Lamonte El Bey
Moorish American
citizen

Signed before me on this 27th day of october 2009 Harvey County, Kansas at the Harvey county Detention center.

NOTARY PUBLIC - State of Kansas
REBECA GONZALEZ
My Appt. Expires 6-07-2010

Rebeca Gonzalez
NOTARY PUBLIC

EXHIBIT 4

401 N. Market
204 U.S. Courthouse
Wichita, Kansas 67202

cc: U.S. Supreme Court
301 SW 10th Avenue
Topeka, Kansas
66612-1507

I, Lamonte El Bey a Moorish American National... having made proof of my status At Law by way of my Declaration of Nationality, as well as Sui Juris Indigenous Moor/Private Sovereign. The Supreme Court's construction and application of Property Clause Article IV, section 3, clause 2 of the Federal Constitution, confers upon Congress the power to dispose of, and make rules and regulations as to, property belonging to the United States 49 L Ed 1239, see 63-C Am Jur 2d. Public Land at section 40. "No public policy of a state can be allowed to override the positive guarantees of the U.S. Constitution Article IV, section 4; See 16 Am Jur 2d. Constitution Law, at section 70]

The Moorish Science Temple of America was Founded by Timothy Drew, a/k/a Noble Drew Ali, in 1913. See http://www.sevensealspublications.com/56611.html Drew preached that all African-Americans are of Moorish descent and thus are not citizens of the United States. See United States v. James, 328 F.3d 953, 954 (7th Cir. 2003).

page 2 of 4

The Moors do no believe that African Americans are technically citizens of the United States within the meaning of the United States Constitution as a result of many of the Moors' predecessors being brought to the United States as slaves. Thus, we contend that descendants of slaves are not subject to the laws established pursuant to the Constitution. See http://www.thenationofmoorish-americans.org/bey.htm Moors also believe that the Dred Scott decision (Scott v. Sanford, 60 U.S. 393 (1857) stands for the proposition that African-Americans are not citizens of the United States and thus the duties of citizens, including abiding by the laws of the United States and paying taxes, do not apply to African-Americans. See id; see also, James, 328 F.3d at 954 (where the defendant offered a defense that his ancestors came from Africa, thus, he was a Moorish national) required to obey only those laws mentioned in the Treaty).

page 3 of 4

# Nationality and Sovereign Rights

America was/is part of the dominions of the Moroccan Empire. (see united states code title 22 chapter 2 section 141) The Moors inhabited this land even before the American Indians (do some research on the Moors and the American spanish land grants). Noble Drew Ali attended the Pan American conference in Havana Cuba in 1928 and received a mandate from the Families of nations that acknowledged the moors as the rightful owners to the lands North, Central, South America, Canada, mexico and all adjoining islands. (seek out the minutes to the pan american conference and also research the bustamonte codes 1928).

The moors were and are the so called Negros, Blacks, colored people, Afro/African Americans. Black is a color and misnomer that deludes to slavery as opposed to a Freeborn man or woman. Black and African American is not a nationality, but a 14th amendment semi slave status. Did you know that the Family of nations will not recognize you as a member of the human race if you do not have a nationality and that you are considered a refugee (see U.S. immigration and nationality act, section 101(a)(42) and section 207(e)

Lamonte Ephriam aka Lamonte el-

I AM Lamonte Ephriam aka Lamonte El Be

Moorish American Citiz

page 4 of 4

# Affidavit

UNITED STATES is a corporation. See Title 28 USC 3002 (15)(A)

I, Lamonte Ephriam, do understand that the cause of action cannot be in the common law because a crime in law requires a corpus delecti, that is to say, the body of the crime or an injured party. A corporation cannot be the body of the crime or an injured party because it is artificial, a fiction.

All cases in law, equity, admiralty or maritime, are now classified as "civil action." Civil maritime and admiralty actions require a contract between the plaintiff and defendant for the plaintiff to have standing to sue. For the plaintiff to have standing and for the court to have jurisdiction of the subject matter, there must be in existence a bona fide contract binding the accused into the criminal maritime jurisdiction. I have not signed any contract or other obligation that binds me to the maritime or admiralty jurisdiction. I did not convey any interest, right or myself to the United States or any state.

Subject matter jurisdiction cannot be waived by parties, conferred by consent, or ignored by court. Babcock and Wilson v. Parsons Corp., 430 F. 2d 531 (1970).

Subject matter jurisdiction may not be waived and courts may raise the issue sua sponte" FRCP, Rule 12(h)

Judgement of court lacking jurisdiction is void. Burnham v. Superior Court of California, County of Marin, 110 S. Ct. 2105 (1990).

Admiralty and maritime jurisdictions were merged with the law and equity jurisdictions in 1966 (see: Federal Rules of Civil Procedure, notes to Supplementary Rules for Certain Admiralty and Maritime Claims). All four causes of action (or natures of the cause) which were once separate and distinct are now rolled into one set of rules and indistinguishable from one another in our modern courts. Federal Rules of Civil Procedure, (FRCP) Rule 1 provides that: "These rules govern the procedure in the United States district courts in all suits of a

civil nature whether cognizable as cases at law or in equity or in admiralty with the exceptions stated in rule 81. Rule 2 provides that: "There shall be one Form of action to be known "civil action." FRCP Rule 9(h) provides in part: "If the claim is cognizable only in admiralty, it is an admiralty or maritime claim For those purposes whether so identified or not." FRCP Rule 38(e) provides that: "These rules shall not be construed to create a right to a trial by jury of the issues in an admiralty or maritime claim within the meaning of rule 9(h).

## Presumptions

1) Is it presumed that my body is a vessel under 18 U.S.C. 7 (1)

2) Is it presumed that the United States acquired the land where the United States is exercising it's special maritime and territorial jurisdiction; was conveyed to the United States by the Legislature of Kansas, and if so, where is the enactment by the Kansas legislature that conveyed the land as mandated by Article IV, Section 3 ?

3) Is it presumed that Kansas did not enter the union of the several states on equal Footing with all the others according to the equal Footing doctrine and is not a State, but remains a territory?

4) Is it a presumption that the Social Security insurance contract has bound the defendant into the "special maritime jurisdiction"?

5) Is it presumed that the defendant was engaged in interstate commerce ?

## Subject Matter Jurisdiction

"once jurisdiction is challenged, the court cannot proceed when it clearly appears that the court lacks jurisdiction, the court has no authority to reach merits, but rather should dismiss the action." Melo v. U.S. 505 F 2d 1026

"There is no discretion to ignore lack of jurisdiction." Joyce v. U.S. 474 2d 215

"Court must prove on the record, all jurisdiction Facts related to the jurisdiction asserted." Latana v. Hopper, 102 F.2d 188; Chicago v. New York 37 F Supp. 150

"The law provides that once state and Federal Jurisdiction has been challenged, it must be proven." 100 S. Ct. 2502 (1980)

"Jurisdiction can be challenged at any time." Basso v. Utah Power and Light Co. 495 F 2d 906, 910

"Once challenged, jurisdiction cannot be assumed, it must be proved to exist." Stuck v. Medical Examiners 94 Ca 2d 751. 211 P2d 389

Though not specifically alleged, defendant's challenge to subject matter jurisdiction implicitly raised claim that default judgement against him was void and relief should be granted under Rule 60(b)(4). Honneus v. Donovan, 93 F.R.D. 433, 436-37 (1982), aff'd, 691 F.2d 1 (1st Cir. 1982)

Kocher v. Dow Chem. Co., 132 F.3d 1225, 1230-31 (8th Cir. 1997) (as long as there is an "arguable basis" For subject matter jurisdiction a judgement is not void)

SHIRLEY A. MOORE
Notary Public - State of Kansas
My Appt. Expires 6/06/2012

Respectfully Submitted,
Lamonte Ephrom
Lamonte Ephriam

Not a Legal Professional? Visit our consumer site
Register | Login

CASES & CODES    PRACTICE MANAGEMENT    JOBS & CAREERS    LEGAL NEWS    BLOGS    SERVICE PROVIDERS    Search FindLaw

Forms    Law Technology    Lawyer Marketing    Corporate Counsel    Law Students    Thomson Legal Record    JusticeMail    Newsletters

Ads by Gooooogle
**GEICO Auto Insurance**
$100? $200? $300? How much could you save with GEICO? Get a quote
www.GEICO.com

Laws, Cases and Codes : U.S. Code : Title 22 : Section 141 to 143

[                    ]  search  | Title 22  ▼ |

United States Code
TITLE 22 - FOREIGN RELATIONS AND INTERCOURSE
CHAPTER 2 - CONSULAR COURTS

*U.S. Code as of: 01/19/04*

**Section 141 to 143 - Notes**

Act Aug. 1, 1956, repealed sections 141 to 143 effective upon the date which the President determined to be appropriate for the relinquishment of jurisdiction of the United States in Morocco. Jurisdiction of the United States in Morocco was relinquished by memorandum of President Eisenhower dated Sept. 15, 1956. Notice was given to Morocco on Oct. 6, 1956, and all pending cases were disposed of by 1960. See Bulletin of the State Department Vol. 35:909, page 844. Section 141, R.S. Secs. 4083, 4125, 4126, 4127; act June 14, 1878, ch. 193, 20 Stat. 131, related to judicial authority generally of ministers and consuls of United States in China, Siam, Turkey, Morocco, Muscat, Abyssinia, Persia, and territories formerly part of Ottoman Empire including Egypt. Section 142, R.S. Sec. 4084, related to general criminal jurisdiction of ministers and consuls of United States. Section 143, R.S. Sec. 4085, related to general jurisdiction of ministers and consuls of United States and venue in civil cases.

Latest Blog Posts

After the Bar
Southwest's New Frontier?
Colorado Disciplinary Hearing Brings Courtroom Fireworks
E-Discovery. Who Pays The Freight?
Who are the FindLaw Field Producers?
View More »

Ads by Gooooogle

**Free CD Law Business Plan**
American Academy of Estate Planning Has Empowered Attorneys Since 1993
americanacademyofestate-planning.com

FindLaw Career Center

**Search for Law Jobs:**

Attorney
Corporate Counsel
Paralegal
Judicial Clerk
Investment Banker

Search Jobs  | Post a Job | View More Jobs



**Same Day Delaware Service**

Enter Site

www.nationallegalprocess.org    Ads by Google

**AbacusLaw**
The most sophisticated law practice management software, made easy.
www.abacuslaw.com

**e-Discovery Software**