CASE, MOSES, ZIMMERMAN & MARTIN, P.A.
O.W. Garvey Center
200 W. Douglas, Suite 900
Wichita, Kansas 67202
(316) 303-0100

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08-20111-02-MLB |
| | ) | |
| LAMONTE EPHRIAM, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## MOTION IN LIMINE

COMES NOW defendant Lamonte Ephriam, by and through his counsel of record, David H. Moses of Case, Moses, Zimmerman & Martin, P.A., and moves the Court for an Order excluding the following evidence or reference to the following evidence from the jury's consideration:

1.   Statements made by Lamonte Ephriam to law enforcement.

2.   All evidence including, but not limited to, videotape(s) in custody of law enforcement not delivered pursuant to this Court's previous Order that all discovery be provided by September 4, 2009.

3.  Reference to prior criminal arrest and conviction record of Lamonte Ephriam.

4.  Testimony from Marcel Williams or testimony of statements made by Marcel

Williams.

WHEREFORE, defendant Lamonte Ephriam respectfully requests the Court for an

Order prohibiting from evidence, testimony about, references to, or suggestion of, in the trial

of the above-captioned matter, the aforementioned subjects.

<div style="margin-left: 40%;">

Respectfully submitted

CASE, MOSES, ZIMMERMAN & MARTIN, P.A.

s/David H. Moses
David H. Moses
Bar Number 10239
Attorney For Defendant Lamonte Ephriam
Case, Moses, Zimmerman & Martin, P.A.
900 Garvey Center, 200 West Douglas
Wichita, Kansas 67202
Phone Number: (316) 303-0100
Fax Number: (316) 265-8263
E-mail Address: dmoses@cmzwlaw.com

</div>

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Motion with the Clerk of the Court

by using the CM/ECF system which will send a notice of electronic filing to the counsels of

record.

<div style="margin-left: 40%;">

s/David H. Moses
David H. Moses
Bar Number 10239
Attorney For Defendant Lamonte Ephriam

</div>