David H. Moses, #10239
CASE, MOSES, ZIMMERMAN & MARTIN, P.A.
900 Garvey Center, 200 West Douglas
Wichita, Kansas 67202-1321
(316) 303-0100

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## WICHITA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 08-20111-02-MLB |
| | ) |
| LAMONTE EPHRIAM, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

### **MOTION TO SUPPRESS STATEMENTS**

COMES NOW, the Defendant, Lamonte Ephriam, by and through his attorney, David H. Moses of Case, Moses, Zimmerman and Martin, P.A., and moves this Court pursuant to Rule 12 of Federal Rules of Criminal Procedure to suppress and/or limit the evidence of the following:

1.    Any statements made by the Defendant, Lamonte Ephriam, to law enforcement.

In support of the motion, the Defendant submits the enclosed Memorandum in Support of the Motion to Suppress Evidence and/or Motion in Limine and Motion to Suppress Statements.

WHEREFORE, the Defendant, Lamonte Ephriam, respectfully moves this Court to suppress the evidence and/or limit said evidence as set out above.

                    Respectfully submitted

                    CASE, MOSES, ZIMMERMAN & MARTIN, P.A.

                    s/David H. Moses
                    David H. Moses
                    Bar Number 10239
                    Attorney For Defendant Lamonte Ephriam
                    Case, Moses, Zimmerman & Martin, P.A.
                    900 Garvey Center, 200 West Douglas
                    Wichita, Kansas 67202
                    Phone Number: (316) 303-0100
                    Fax Number: (316) 265-8263
                    E-mail Address: dmoses@cmzwlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing Motion with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the counsels of record.

                    s/David H. Moses
                    David H. Moses
                    Bar Number 10239
                    Attorney For Defendant Lamonte Ephriam