# UNITED STATES DISTRICT COURT

_____ District of Kansas _____

## **APPEARANCE**

UNITED STATES OF AMERICA,
            Plaintiff,

   vs.                                     CASE NUMBER: 08-20111-02-MLB
LAMONTE EPHRIAM,
              Defendant.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

              LAMONTE EPHRIAM, defendant.

    I certify that I am admitted to practice in this court.


| October 18, 2011 | s./ Kirk C. Redmond |
|---|---|
| Date | Signature |

               KIRK C. REDMOND        18914
                        Print Name
             Assistant Federal Public Defender
             Federal Public Defender Office
             500 State Avenue, Suite 201
             Address

             Kansas City, Kansas          66101
             City          State              Zip Code
             (913) 551-6712       (913) 551-6562
             Phone Number           Fax Number